ROBERT A. SIEGEL (S.B. #64604)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone:  213-430-6000
Facsimile:  213-430-6407

ADAM P. KOHSWEENEY (S.B. #229983)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:  415-984-8912
Facsimile:  415-984-8701

Attorneys for Defendant
US Airways, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TIMBANG ANGELES, NOE LASTIMOSA, on behalf of themselves and on behalf of others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>US AIRWAYS, INC., and DOES 1 through 50,<br><br>Defendants. | Case No. 3:12-cv-05860 CRB<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY BRIEFS TO MOTION OF DEFENDANT US AIRWAYS, INC. TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1) and (6) |

1  Pursuant to the Stipulation for Extension of Time to File Response and Reply to Briefs to
2  Motion of Defendant US Airways, Inc. to Dismiss Under Federal Rule of Civil Procedure
3  12(b)(1) and (6), submitted jointly by the parties to the above-captioned matter, and because this
4  Court finds good cause exists based on said Stipulation, the deadlines in the above-referenced
5  matter shall be modified as follow:

| | | |
|---|---|---|
| 6-7 | December 28, 2012 | Deadline for Plaintiffs to file Response to US Airways' Motion to Dismiss |
| 8-9 | January 11, 2013 | Deadline for US Airways to file Reply to Plaintiffs' Response to US Airways' Motion to Dismiss |
| 10-11 | January 18, 2013 | Hearing on US Airways' Motion to Dismiss at 10:00 a.m. (or as soon thereafter as is convenient for this Court) |

**IT IS SO ORDERED.**

Date: __December 10, 2012_____

_____
HON. _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

- 1 -  
[PROPOSED] ORDER  
CASE NO. 3:12-CV-05860 CRB