IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH TIMBANG ANGELES, NOE LASTIMOSA, on behalf of themselves and on behlaf of others similarly situated, and the general public,

   Plaintiffs,

v.

US AIRWAYS, INC., and DOES 1 through 50,

   Defendants.

No. C 12-05860 CRB

**ORDER REQUIRING RESPONSE**

 Defendant US Airways, Inc. ("US Airways") has moved for leave to file a motion for reconsideration (dkt. 29) of this Court's Order granting in part and denying US Airways' Motion to Dismiss (dkt. 23). The Court ORDERS Plaintiffs to respond to US Airways' motion. In a filing of no more than 4 pages, Plaintiffs shall address both whether leave should be granted to file the motion as well as the potential merits of the proposed motion for reconsideration. Plaintiffs' response shall be submitted no later than 5:00 p.m. on May 3, 2013.

 **IT IS SO ORDERED.**

Dated: April 23, 2013

        CHARLES R. BREYER
        UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\5860\order requiring response.wpd