IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Timbang Angeles, Noe Lastimosa, on behalf of themselves, and on behalf of others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>US Airways, Inc., and DOES 1 through 50,<br><br>Defendants. | No. C 12-05860 CRB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO CHANGE TIME PURSUANT TO CIVIL LOCAL RULE 6-3**<br><br>Hon. Charles R. Breyer |

Plaintiffs Joseph Angeles and Noe Lastimosa ("Plaintiffs") filed a motion with this Court to continue the motion for class certification hearing in this matter currently set for December 13, 2013, to February 28, 2013, pursuant to Civil Local Rule 6-3.

This Court has reviewed Plaintiffs' motion to change time. Defendant US Airways, Inc. does not oppose the motion.

Plaintiffs' motion to change time is made pursuant to Civil Local Rule 6-3. Plaintiffs' reasons for the requested enlargement relate to their lead counsel's trial schedule and their need for additional discovery time.

/

---

[PROPOSED] ORDER MOTION TO CHANGE TIME: Angeles v. US Airways 3:12-cv-05860 CRB

1

1  Good cause appearing thereof, Plaintiffs' motion to change time is **GRANTED**. The
2  motion for certification hearing in this matter is hereby continued to February 28, 2014.
3  **IT IS SO ORDERED.**

5  Dated:  October 9, 2013



CHARLES
UNITED ST