# EXHIBIT 1

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

## DECLARATION OF ARTURO AGUILA

I, Arturo Aguila, declare and state as follows:

1.     If called upon to testify, I could and would testify competently to the following facts that are within my personal knowledge.

2.     I am currently employed by US Airways, Inc. ("US Airways") at San Francisco International Airport as a Fleet Service Agent, and have held that position with US Airways or its corporate predecessors since 1998.

3.     I understand that I am providing this statement in connection with a pending lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents who filed the lawsuit allege that US Airways Fleet Service Agents working in California should receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal cellular phones for work-related purposes.  It has been explained to me that if these individuals are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit and may be awarded money if the case is successful.  US Airways' lawyers have told me that they may use the facts I provide to defend US Airways in this litigation, and to defeat the claims described to me.  Knowing all this, I indicated that I was willing to share my experiences and declare to their truth in this document.

4.     As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft, positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts.  I work part-time and am paid on an hourly basis.  US Airways establishes a weekly schedule that I bid for, and pursuant to this process I am typically scheduled by US Airways to work 4 days per week and 6 hours per shift including a meal period.  Fairly often, I voluntarily shift trade or shift

USAIR0000898

1  swap with other Fleet Service Agents.  This means that either another Agent works one of the
2  shifts US Airways scheduled me to work or that I work a shift that US Airways scheduled another
3  agent to work.  As a result, I may have worked more or less hours in a week than I was originally
4  scheduled to work by US Airways.

5       5.       As a Fleet Service Agent, my employment is governed by a collective bargaining
6  agreement between US Airways and my union.  I am generally familiar with the collective
7  bargaining agreement.  I am aware that the collective bargaining agreement contains provisions
8  governing shift trades, including restrictions on how far in advance shift trades must be submitted
9  and that hours worked as a result of voluntary shift trades will be paid at my regular rate of pay.

10      6.       Managers are not involved in approving shift trades.  Rather, shift trades are
11 effected through an electronic system called "Workbrain."  Agents log-in to Workbrain using a
12 unique user name and password and either post shifts that they would like to drop or sign-up to
13 take shifts that others have indicated they wish to drop.

14      7.       I understand that when I trade shifts with a fellow employee using the Workbrain
15 system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,
16 or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that
17 I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift
18 trade.

19      8.       I have never been forced or pressured by US Airways in any way to work a shift
20 under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process
21 to work more or less shifts than originally scheduled.  Trade-shifts are one-hundred-percent
22 voluntary.

23      9.       I like being able to trade shifts with Fleet Service Agents.  Trading shifts allows
24 me, as a part time employee, to pick up hours so that I can earn more money, as if I was a full-
25 time employee.  Trading shifts allows me to spend more time on personal pursuits, such as
26 traveling to see my family abroad, in Mexico.  If US Airways stopped allowing employees to

27                                    - 2 -
28

DECLARATION OF ARTURO AGUILA

USAIR0000899

1   trade shifts, I would have far less flexibility in my schedule and this would make it much more

2   difficult for me to travel to see my family.  Without the trade-shift policy, I would probably have

3   to get an additional job to make-up the pay I would lose by being unable to pick-up additional

4   shifts.  I do not support a lawsuit that challenges the shift-trade policy.

5        10.    In my experience shift-trades are extremely popular among Fleet Service Agents.

6   They are one of the best features of the job.  The shift-trade policy is one of the most attractive

7   features of the job.  Many agents use trades to balance other employment or to create a flexible

8   schedule for other, personal reasons, such as taking extended vacations or spending more time

9   with family.

10       11.    Throughout my employment with US Airways, I have been provided wage

11   statement on a biweekly basis.  Weekly, I check the Workbrain worksheet to see if my hours are

12   correctly recorded.

13       12.    On each wage statement, I understand the way my pay is calculated.  I believe that

14   the information on my wage statements is an accurate reflection of the number of hours I worked.

15   I have not noticed any discrepancies or errors on my wage statements.

16       13.    If I noticed any errors on my wage statement, I would discuss these with Natalie

17   Obregon, the Workbrain Timekeeper at San Francisco International Airport.

18       14.    On occasion, I have worked overtime hours at US Airways' request, for example,

19   to provide coverage if another Fleet Service Agent is unable to work a shift due to illness.  When

20   I worked more than 8 hours a day or 40 hours in a week, all at US Airways' request, I was paid at

21   the rate of time and a half for all such hours worked.

22       15.    I have not incurred any work-related expenses during my employment as a Fleet

23   Service Agent at US Airways.

24       16.    I have never been forced or pressured in any way by US Airways to use my

25   personal cellular phone for work-related purposes while on the clock.  I do not bring my personal

26   cellular phone on the ramp because it is against the rules to use my cellular phone on the ramp

27                                           - 3 -

28   _____

DECLARATION OF ARTURO AGUILA

1  and because there is no reason to use my personal cellular phone on the ramp.  There are no

2  occasions where I would need to use my personal cellular phone for work-related purposes while

3  on the clock.  I have never used my personal cellular phone for work-related purposes while on

4  the clock.

5          17.     It is difficult to exceed the minutes allowed by my personal cellular phone plan,

6  and I cannot recall an occasion when I have exceeded the minutes allowed under my plan.

7

8          I declare under penalty of perjury under the laws of the State of California that the

9  foregoing is true and correct.

10

11

12  **EXECUTED** this _28_ day of _AUGUST  2013_ at _San Mateo County_.

13

14

15  _____

16                                                   ARTURO AGUILA

17

18

19

20

21

22

23

24

25

26

27                                          - 4 -

28

DECLARATION OF ARTURO AGUILA

# EXHIBIT 2

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

1

## DECLARATION OF ADAM ALEXANDER

2       I, Adam Alexander, declare and state as follows:

3     1.     If called upon to testify, I could and would testify competently to the following

4 facts that are within my personal knowledge.

5     2.     I am currently employed by US Airways, Inc. ("US Airways") at Sacramento

6 International Airport as a Lead Fleet Service Agent, and have held that position with US Airways

7 since 2007.  I previously worked as a Fleet Service Agent at Sacramento International Airport for

8 US Airways or one of its corporate predecessors since 2004.

9     3.     I understand that I am providing this statement in connection with a pending

10 lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents

11 who filed the lawsuit allege that US Airways Fleet Service Agents working in California should

12 receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service

13 Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of

14 voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal

15 cellular phones for work-related purposes.  It has been explained to me that if these individuals

16 are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit

17 and may be awarded money if the case is successful.  US Airways' lawyers have told me that they

18 may use the facts I provide to defend US Airways in this litigation, and to defeat the claims

19 described to me.  Knowing all this, I indicated that I was willing to share my experiences and

20 declare to their truth in this document.

21     4.     As a Lead Fleet Service Agent, I am responsible for coordinating ground

22 operations gate staff and making daily job assignments among teams of Fleet Service Agents,

23 mentoring and training Fleet Service Agents, moving baggage and cargo, driving and operating

24 belt loaders, servicing aircraft at gates with power and air conditioning, towing and pushback of

25 aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft, positioning

26 beverage and luggage carts around the ramp, and driving tugs towing baggage carts.  I work full-

27

28

DECLARATION OF ADAM ALEXANDER

USAIR0000902

1   time and am paid on an hourly basis.  US Airways establishes a weekly schedule that I bid for,

2   and pursuant to this process I am typically scheduled to work 5 days per week and 8 hours per

3   shift by US Airways.  Every week, I voluntarily shift trade or shift swap with other Fleet Service

4   Agents.  This means that either another Agent works one of the shifts US Airways scheduled me

5   to work or that I work a shift that US Airways scheduled another agent to work.  As a result, I

6   may have worked more or less hours in a week than I was originally scheduled to work by US

7   Airways.

8          5.       As a Fleet Service Agent, my employment is governed by a collective bargaining

9   agreement between US Airways and my union.  I am aware that the collective bargaining

10  agreement contains provisions governing shift trades and am aware of the rule that I will be paid

11  my regular rate of pay for hours worked as a result of shift-trades.

12         6.       Shift trades are effected through an electronic system called "Workbrain."  Agents

13  log-in to Workbrain using a unique user name and password and either post shifts that they would

14  like to drop or sign-up to take shifts that others have indicated they wish to drop.  Managers are

15  generally not involved in approving shift trades, though an individual Fleet Service Agent's shift

16  trade privileges can be suspended by management for disciplinary reasons.

17         7.       I understand that when I trade shifts with a fellow employee using the Workbrain

18  system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

19  or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that

20  I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift

21  trade.

22         8.       I have never been forced or pressured by US Airways in any way to work a shift

23  under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process

24  to work more or less shifts than originally scheduled.

25         9.       I like being able to trade shifts with Fleet Service Agents.  Trading shifts allows

26  me to spend more time on personal pursuits.  I trade shifts in order to travel; for instance, I have

27                                                     - 2 -

28

DECLARATION OF ADAM ALEXANDER

USAIR0000903

had friends plan a trip to Las Vegas on a weekend and I have been able to trade away my Friday shift in order to join them on that trip.  Every week I voluntarily add one additional shift and drop one of my regularly scheduled shifts in order to work four days and have three days in a row off. Shift-trades allow me greater flexibility to make my own schedule, but, overall, I do not work substantially more hours because of shift-trades.  If US Airways stopped allowing employees to trade shifts, I would have far less flexibility in my schedule and this would make it much more difficult for me to take three day weekends or vacations at times that are convenient for me.  I have relatively low seniority and because vacations are scheduled based on seniority, I am rarely able to take my regular vacations days at convenient times.  I would be upset if shift trades were eliminated, and my job as a Fleet Service Agent would be significantly less desirable without the flexibility afforded by shift trades.  I do not support a lawsuit that challenges the shift-trade policy.

10.     In my experience shift-trades are very popular among Fleet Service Agents.  Many agents, if not all, use trades to balance other employment or to create a flexible schedule for other, personal reasons, such as going to school, caring for their children, or working another job.  A lot of people work here for the flight privileges provided to us by US Airways, and the shift trades allow them to enjoy those privileges by taking extended periods of time off.  It would be disruptive to many  Fleet Service Agents' lives if US Airways stopped allowing employees to trade shifts.

11.     Throughout my employment with US Airways, I have been provided a wage statement on a biweekly basis.

12.     I review my wage statement most pay periods.  On each wage statement, I understand the way my pay is calculated.  I believe that the information on my wage statements is an accurate reflection of the number of hours I worked.  On occasion, I have noticed a discrepancy on my wage statement, for instance when I was not paid for overtime that had not yet been approved and processed.  In those cases, I have spoken to Barbara Clark, the Workbrain

- 3 -

DECLARATION OF ADAM ALEXANDER

1  Timekeeper at Sacramento International Airport, the discrepancies have been resolved and I have

2  been paid for all time worked.

3       13.     If I noticed any errors on my wage statement, I would again discuss these with

4  Barbara Clark.  In my experience however, Barbara is very good at following up with Fleet

5  Service Agents when she notices a potential error or authorization issue and she will reach out to

6  the employees to ensure that they are paid correctly for the hours they worked.

7       14.     On occasion, I have worked overtime hours at US Airways' request, for example,

8  due to a flight delay or a maintenance issue that extended my scheduled shift.  When I worked

9  more than 8 hours a day or 40 hours in a week, all at US Airways' request, I was paid at the rate

10  of time and a half for all such hours worked.

11       15.     I have not incurred any work-related expenses during my employment as a Fleet

12  Service Agent at US Airways.  If I found myself in a position where I would have to incur a

13  work-related expense, I would not hesitate to raise the issue in advance with management to see

14  whether I would be reimbursed before I incurred the expense.

15       16.     I have never been forced or pressured in any way by US Airways to use my

16  personal cellular phone for work-related purposes while on the clock.  During training, Patricia

17  Snider, the Station Manager at Sacramento International Airport, has informed us that if we, as

18  Fleet Service Agents, were in an emergency situation and had to use our personal cellular phones

19  for work-related purposes, and incurred charges as a result of such use, we would be reimbursed

20  for those charges by US Airways.

21       17.     I have an unlimited cell phone plan and it is difficult, if not impossible, to exceed

22  the minutes allowed by my personal cellular phone plan.  I cannot recall an occasion when I have

23  exceeded the minutes allowed under my plan.

24

25       I declare under penalty of perjury under the laws of the State of California that the

26  foregoing is true and correct.

27                              - 4 -

28

DECLARATION OF ADAM ALEXANDER

USAIR0000905

1

2
**EXECUTED** this 19 day of September 2013 at Sacramento County.

3

4

5

6                                                  ADAM ALEXANDER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                    - 5 -

28

DECLARATION OF ADAM ALEXANDER

USAIR0000906

# EXHIBIT 3

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

## DECLARATION OF DAVID ANDRADE

I, David Andrade, declare and state as follows:

1.      If called upon to testify, I could and would testify competently to the following facts that are within my personal knowledge.

2.      I am currently employed by US Airways, Inc. ("US Airways") at San Francisco International Airport as a Fleet Service Agent, and have held that position with US Airways for approximately six (6) months.

3.      I understand that I am providing this statement in connection with a pending lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents who filed the lawsuit allege that US Airways Fleet Service Agents working in California should receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal cellular phones for work-related purposes.  It has been explained to me that if these individuals are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit and may be awarded money if the case is successful.  US Airways' lawyers have told me that they may use the facts I provide to defend US Airways in this litigation, and to defeat the claims described to me.  Knowing all this, I indicated that I was willing to share my experiences and declare to their truth in this document.

4.      As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft, positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts.  I work part-time and am paid on an hourly basis.  US Airways establishes a weekly schedule that I bid for, and pursuant to this process I am typically scheduled to work 4 days per week and 5.5 hours per shift by US Airways.  Once, I voluntarily shift traded or shift swapped with another

DECLARATION OF DAVID ANDRADE

USAIR0000907

1  Fleet Service Agent by dropping one of my regularly scheduled shifts.  This means that another

2  Agent worked one of the shifts US Airways scheduled me to work.  As a result, I worked less

3  hours in that week than I was originally scheduled to work by US Airways.

4      5.     As a Fleet Service Agent, my employment is governed by a collective bargaining

5  agreement between US Airways and my union.  Though I am not very familiar with the

6  provisions of the collective bargaining agreement, I am aware of the rule that hours worked as a

7  result of voluntary shift trades will be paid at my regular rate of pay.

8      6.     In my experience, managers are not involved in approving shift trades.  Rather,

9  shift trades are effected through an electronic system called "Workbrain."  Agents log-in to

10  Workbrain using a unique user name and password and either post shifts that they would like to

11  drop or sign-up to take shifts that others have indicated they wish to drop.

12      7.     I understand that when I trade shifts with a fellow employee using the Workbrain

13  system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

14  or to pick-up a shift US Airways had scheduled another employee to work.

15      8.     I have never been forced or pressured by US Airways in any way to work a shift

16  under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process

17  to work more or less shifts than originally scheduled.

18      9.     I like being able to trade shifts with Fleet Service Agents.  Shift trades are very

19  important to me.  Because I am the most recently hired US Airways Fleet Service Agent at San

20  Francisco International Airport, I have the lowest seniority level among all US Airways Fleet

21  Service Agent at San Francisco International Airport.  Because bids for shift schedules are

22  awarded by seniority, the practical effect of my low-level of seniority is that I am awarded the last

23  available and least desirable schedule, and I am always scheduled to work on Saturday and

24  Sunday.  Shift trades are the only way that I am able to schedule time off on the weekend outside

25  of vacation.  I recently used the shift-trade program to drop one of my regularly scheduled shifts

26  so that I could attend my son's birthday.  In the future, I see myself using shift trades in order to

27                                        - 2 -

28

DECLARATION OF DAVID ANDRADE

1  attend other special events, like birthday parties and family gatherings.  I do not support a lawsuit

2  that challenges the shift-trade policy.

3        10.    In my experience shift-trades are very popular among Fleet Service Agents.  Fleet

4  Service Agents use the policy frequently.  Many agents use trades to create a flexible schedule for

5  personal reasons, such as attending special events with their children.

6        11.    Throughout my employment with US Airways, I have been provided a wage

7  statement on a biweekly basis, which I review regularly.  I also review my hours as they are

8  recorded on Workbrain before my pay is issued.

9        12.    On each wage statement, I understand the way my pay is calculated.  I believe that

10  the information on my wage statements is an accurate reflection of the number of hours I worked.

11  I have not noticed any discrepancies or errors on my wage statements.

12        13.    If I noticed any errors on my wage statement in the future, I would discuss these

13  with Nathalie Obregon, the Workbrain Timekeeper at San Francisco International Airport.

14

15        I declare under penalty of perjury under the laws of the State of California that the

16  foregoing is true and correct.

17

18

19  **EXECUTED** this _9ᵀᴴ_ day of _September_____, 2013 at San Mateo, County.

20

21

22

23                                                 DAVID ANDRADE

24

25

26

27  - 3 -

28

USAIR0000909

# EXHIBIT 4

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

1

### DECLARATION OF PERCIVAL BANKS

2    I, Percival Banks, declare and state as follows:

3    1.    If called upon to testify, I could and would testify competently to the following

4    facts that are within my personal knowledge.

5    2.    I am currently employed by US Airways, Inc. ("US Airways") at Los Angeles

6    International Airport as a Fleet Service Agent, and have held that position with US Airways or

7    one of its corporate predecessors since 2007. I previously worked for US Airways at the Bob

8    Hope Airport in Burbank, California.

9    3.    I understand that I am providing this statement in connection with a pending

10    lawsuit that was filed by former Fleet Service Agents at US Airways. I understand that the agents

11    who filed the lawsuit allege that US Airways Fleet Service Agents working in California should

12    receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service

13    Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of

14    voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal

15    cellular phones for work-related purposes. It has been explained to me that if these individuals

16    are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit

17    and may be awarded money if the case is successful. US Airways' lawyers have told me that they

18    may use the facts I provide to defend US Airways in this litigation, and to defeat the claims

19    described to me. Knowing all this, I indicated that I was willing to share my experiences and

20    declare to their truth in this document.

21    4.    As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving

22    and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and

23    pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft,

24    positioning luggage carts around the ramp, and driving tugs towing baggage carts. I work part-

25    time and am paid on an hourly basis. US Airways establishes a weekly schedule that I bid for,

26    and pursuant to this process I am typically scheduled to work 5 days per week and 3-5 hours per

27

28

DECLARATION OF PERCIVAL BANKS

USAIR0000910

shift by US Airways.  Approximately three times a week, I voluntarily shift trade or shift swap with other Fleet Service Agents.  This means that either another Agent works one of the shifts US Airways scheduled me to work or that I work a shift that US Airways scheduled another agent to work.  As a result, I may have worked more or less hours in a week than I was originally scheduled to work by US Airways.

5.      As a Fleet Service Agent, my employment is governed by a collective bargaining agreement between US Airways and my union.  I am aware that the collective bargaining agreement contains provisions governing shift trades, including restrictions on how far in advance shift trades must be submitted and that hours worked as a result of voluntary shift trades will be paid at my regular rate of pay.

6.      In my experience, managers are not involved in approving shift trades.  Rather, shift trades are effected through an electronic system called "Workbrain."  Agents log-in to Workbrain using a unique user name and password and either post shifts that they would like to drop or sign-up to take shifts that others have indicated they wish to drop.

7.      I understand that when I trade shifts with a fellow employee using the Workbrain system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work, or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift trade.

8.      I have never been forced or pressured by US Airways in any way to work a shift under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process to work more or less shifts than originally scheduled.

9.      I like being able to trade shifts with Fleet Service Agents.  Because I'm part-time trading shifts allows me to earn extra income by picking-up additional shifts that otherwise would not have been available to me.  Shift-trades also allow me to spend more time on personal pursuits, such as taking advantage of the travel privileges afforded to me by US Airways and

- 2 -

DECLARATION OF PERCIVAL BANKS

USAIR0000911

spending time with my family.  Shift-trades allow me greater flexibility to make my own schedule.  If US Airways stopped allowing employees to trade shifts, I would have far less flexibility in my schedule and this would make it much more difficult for me to travel and to spend time with my family.  I do not support a lawsuit that challenges the shift-trade policy.

10.  In my experience shift-trades are very popular among Fleet Service Agents.  Many agents use trades to balance other employment or to create a flexible schedule for other, personal reasons, such as taking extended vacations or spending more time with family.

11.  Throughout my employment with US Airways, I have been provided a wage statement on a biweekly basis.

12.  On each wage statement, I understand the way my pay is calculated.  I believe that the information on my wage statements is an accurate reflection of the number of hours I worked. I have not noticed any discrepancies or errors on my wage statements.  I believe I have been accurately paid for all hours worked.

13.  If I noticed any errors on my wage statement, I would discuss these with my shift manager or Paul Colbert, the Workbrain Timekeeper at Los Angeles International Airport.

14.  On occasion, I have worked overtime hours at US Airways' request, for example, due to a flight delay that extended my scheduled shift.  When I worked more than 8 hours a day or 40 hours in a week, all at US Airways' request, I was paid at the rate of time and a half for all such hours worked.

15.  I have not incurred any work-related expenses during my employment as a Fleet Service Agent at US Airways.

16.  I have never been forced or pressured in any way by US Airways to use my personal cellular phone for work-related purposes while on the clock.  There are no occasions where I would need to use my personal cellular phone for work-related purposes while on the clock.  I have never used my personal cellular phone for work-related purposes while on the clock.

- 3 -

DECLARATION OF PERCIVAL BANKS

USAIR0000912

1    I declare under penalty of perjury under the laws of the State of California that the

2  foregoing is true and correct.

3

4

5  **EXECUTED** this _10_ day of _September, 2012_ at Los Angeles County.

6

7

8

9                                          PERCIVAL BANKS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                  - 4 -

28

DECLARATION OF PERCIVAL BANKS

# EXHIBIT 5

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

## DECLARATION OF PATRICK BARNES

I, Patrick Barnes, declare and state as follows:

1.     If called upon to testify, I could and would testify competently to the following facts that are within my personal knowledge.

2.     I am currently employed by US Airways, Inc. ("US Airways") at Los Angeles International Airport as a Lead Fleet Service Agent, and have held this position or the position of Fleet Service Agent with US Airways or one of its corporate predecessors since 1988. I previously worked as a Fleet Service Agent for US Airways for some of this time at John Wayne International Airport in Santa Ana, California.

3.     I understand that I am providing this statement in connection with a pending lawsuit that was filed by former Fleet Service Agents at US Airways. I understand that the agents who filed the lawsuit allege that US Airways Fleet Service Agents working in California should receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal cellular phones for work-related purposes. It has been explained to me that if these individuals are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit and may be awarded money if the case is successful. US Airways' lawyers have told me that they may use the facts I provide to defend US Airways in this litigation, and to defeat the claims described to me. Knowing all this, I indicated that I was willing to share my experiences and declare to their truth in this document.

4.     As a Lead Fleet Service Agent, I am responsible for training and overseeing teams of Fleet Service Agents and for moving baggage and cargo, driving and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft, positioning luggage carts around the ramp, and driving tugs towing baggage carts. I work full-time and am paid on an

DECLARATION OF PATRICK BARNES

USAIR0000914

hourly basis. US Airways establishes a weekly schedule that I bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 8 hours per shift by US Airways. Occasionally, I voluntarily shift trade or shift swap with other Fleet Service Agents throughout the year and frequently do so during the holiday season. This means that either another Agent works one of the shifts US Airways scheduled me to work or that I work a shift that US Airways scheduled another agent to work. As a result, I may have worked more or less hours in a week than I was originally scheduled to work by US Airways.

5.      As a Fleet Service Agent, my employment is governed by a collective bargaining agreement between US Airways and my union. I am aware that the collective bargaining agreement contains provisions governing shift trades, including the maximum number of shifts that may be dropped per calendar quarter and that hours worked as a result of voluntary shift trades will be paid at my regular rate of pay.

6.      Managers generally are not involved in approving shift trades. Rather, shift trades are effected through an electronic system called "Workbrain." Agents log-in to Workbrain using a unique user name and password and either post shifts that they would like to drop or sign-up to take shifts that others have indicated they wish to drop. It is my understanding that, on rare occasions, a manager may approve a shift-trade between a Fleet Service Agent who is not qualified as a Lead who wants to pick-up the regularly scheduled shift of a Lead Fleet Service Agent.

7.      I understand that when I trade shifts with a fellow employee using the Workbrain system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work, or to pick-up a shift US Airways had scheduled another employee to work. On the occasions that I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift trade.

- 2 -

DECLARATION OF PATRICK BARNES

USAIR0000915

8.      I have never been forced or pressured by US Airways in any way to work a shift under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process to work more or less shifts than originally scheduled.

9.      I like being able to trade shifts with Fleet Service Agents.  Trading shifts allows me to spend more time on personal pursuits, such as working as Santa Claus in San Jose, California during the Christmas season, which I do annually.  In order to work out of town as Santa Claus, which is job that I greatly enjoy, I use the shift trade policy to drop my regularly scheduled shifts, which effectively allows me to take an extended period of time off.  I also use shift trades to schedule days off to attend special events.  Shift-trades allow me greater flexibility to make my own schedule, but, overall, I do not work substantially more hours because of shift-trades.  If US Airways stopped allowing employees to trade shifts, it would be devastating because I would have far less flexibility in my schedule and this would make it impossible for me to work as Santa Claus and to schedule time off as needed.  I do not support a lawsuit that challenges the shift-trade policy.

10.     In my experience shift-trades are extremely popular among Fleet Service Agents.  Many agents use trades to balance other employment or to create a flexible schedule for other, personal reasons, such as spending more time with family.  In addition, shift-trades allow Fleet Service Agents to earn extra income by picking-up additional shifts.  In my view, many agents would be very upset is US Airways stopped allowing shift trades.

11.     Throughout my employment with US Airways, I have been provided a wage statement on a biweekly basis, which I regularly review.

12.     On each wage statement, I understand the way my pay is calculated.  I believe that the information on my wage statements is an accurate reflection of the number of hours I worked.  I have not noticed any discrepancies or errors on my wage statements.

13.     If I did notice any errors on my wage statement, I would discuss these with Paul Colbert, the Workbrain Timekeeper at Los Angeles International Airport.

- 3 -

DECLARATION OF PATRICK BARNES

USAIR0000916

14.     On occasion, I have worked overtime hours at US Airways' request, for example, when supervisors need additional Fleet Service Agents due to being short-staffed because other Fleet Service Agents are, for example, sick or on military leave. When I worked more than 8 hours a day or 40 hours in a week, all at US Airways' request, I was paid at the rate of time and a half for all such hours worked.

15.     In the past, I have incurred work-related expenses during my employment as a Fleet Service Agent at US Airways for hotel costs associated with travel for training. I submitted the receipt for this expense to the station manager and I was reimbursed in full. In the future, if I incur any other work-related expenses, I would submit them to management for reimbursement.

16.     I have never been forced or pressured in any way by US Airways to use my personal cellular phone for work-related purposes while on the clock.

17.     US Airways strictly prohibits Fleet Service Agents from using their personal cellphones while "on the ramp." In fact, my understanding is that when managers witness Fleet Service Agents violating this rule, the manager will speak with the Agent verbally and remind them of this rule.

18.     It is difficult to exceed the minutes allowed by my personal cellular phone plan, and I cannot recall an occasion when I have exceeded the minutes allowed under my plan.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**EXECUTED** this  9  day of  September  at Los Angeles County.

PATRICK BARNES

- 4 -

DECLARATION OF PATRICK BARNES

# EXHIBIT 6

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

## DECLARATION OF WALTER BAYER

I, Walter Bayer, declare and state as follows:

1.      If called upon to testify, I could and would testify competently to the following facts that are within my personal knowledge.

2.      I am currently employed by US Airways, Inc. ("US Airways") at San Jose International Airport as a Fleet Service Agent, and have held that position with US Airways since 2007.

3.      I understand that I am providing this statement in connection with a pending lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents who filed the lawsuit allege that US Airways Fleet Service Agents working in California should receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service Agents' regular rate of pay when more than 40 hours are worked in a workweek, or more than 8 hours are worked in a workday, as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal cellular phones for work-related purposes.  It has been explained to me that if these individuals are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit and may be awarded money if the case is successful.  US Airways' lawyers have told me that they may use the facts I provide to defend US Airways in this litigation, and to defeat the claims described to me.  Knowing all this, I indicated that I was willing to share my experiences and declare to their truth in this document.

4.      As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft, positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts.  I work part-time and am paid on an hourly basis.  US Airways establishes a weekly schedule that I bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 4 hours per shift by US Airways.  Weekly, I voluntarily shift trade or shift swap with other Fleet

DECLARATION OF WALTER BAYER

USAIR0000918

1    Service Agents.  This means that either another Agent works one of the shifts US Airways

2    scheduled me to work or that I work a shift that US Airways scheduled another agent to work.  As

3    a result, I may have worked more or less hours in a week than I was originally scheduled to work

4    by US Airways.

5          5.        As a Fleet Service Agent, my employment is governed by a collective bargaining

6    agreement between US Airways and my union.  Though I am not very familiar with the

7    provisions of the collective bargaining agreement I am aware that hours worked as a result of

8    voluntary shift trades will be paid at my regular rate of pay.

9          6.        In my experience, managers are not involved in approving shift trades.  Rather,

10   shift trades are effected through an electronic system called "Workbrain."  Agents log-in to

11   Workbrain using a unique user name and password and either post shifts that they would like to

12   drop or sign-up to take shifts that others have indicated they wish to drop.

13         7.        I understand that when I trade shifts with a fellow employee using the Workbrain

14   system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

15   or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that

16   I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift

17   trade.

18         8.        I have never been forced or pressured by US Airways in any way to work a shift

19   under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process

20   to work more or less shifts than originally scheduled.

21         9.        I like being able to trade shifts with Fleet Service Agents.  In fact, the flexibility

22   afforded by shift-trades is a main reason why I choose to work as a US Airways Fleet Service

23   Agent.  Trading shifts allows me to drop shifts twice per year in order to take extended vacations,

24   and to pick-up additional hours as needed, in a way that suits my personal schedule.  If US

25   Airways stopped allowing employees to trade shifts, I would be very upset as I would have far

26   less flexibility in my schedule and this would make it much more difficult for me to travel and to

27                                                      - 2 -

28   _____

DECLARATION OF WALTER BAYER

USAIR0000919

1  work additional hours when I wish to.  I do not support a lawsuit that challenges the shift-trade

2  policy.

3        10.    In my experience shift-trades are extremely popular among Fleet Service Agents.

4  Many agents use trades to balance other employment or to create a flexible schedule for other,

5  personal reasons, such as taking traveling.  I believe that many Fleet Service Agents, like myself,

6  chose this job for the flexibility and would thus have a difficult time working in this job if US

7  Airways stopped allowing shift trades.  This is particularly true for those balancing other

8  employment.

9        11.    Throughout my employment with US Airways, I have been provided a wage

10  statement on a biweekly basis, which I review each pay period.

11        12.    On each wage statement, I understand the way my pay is calculated.  I believe that

12  the information on my wage statements is an accurate reflection of the number of hours I worked.

13  I have not noticed any discrepancies or errors on my wage statements.

14        13.    If I noticed any errors on my wage statement, I would discuss these with Tammy

15  Andersen, the Workbrain Timekeeper at San Jose International Airport.

16        14.    On occasion, I have worked overtime hours at US Airways' request, for example,

17  due to a flight delay that extended my scheduled shift.  When I worked more than 8 hours a day

18  or 40 hours in a week, all at US Airways' request, I was paid at the rate of time and a half for all

19  such hours worked.

20        15.    I have not incurred any work-related expenses during my employment as a Fleet

21  Service Agent at US Airways.  If I ever did incur such expenses, I would speak with Tammy

22  Andersen to seek reimbursement.

23        16.    I have never been forced or pressured in any way by US Airways to use my

24  personal cellular phone for work-related purposes while on the clock and in fact, US Airways

25  strictly prohibits cell-phone use on the ramp.  There are no occasions where I would need to use

26

27  - 3 -

28

DECLARATION OF WALTER BAYER

USAIR0000920

1  my personal cellular phone for work-related purposes while on the clock.  I have never used my

2  personal cellular phone for work-related purposes while on the clock.

3

4      I declare under penalty of perjury under the laws of the State of California that the

5  foregoing is true and correct.

6

7

8  **EXECUTED** this _16_ day of _SEPTEMBER_ at Santa Clara County.

9

10

11                                                WALTER BAYER

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                    - 4 -

28

DECLARATION OF WALTER BAYER

USAIR0000921

# EXHIBIT 7

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

### DECLARATION OF RONALD BENNETT

I, Ronald Bennett, declare and state as follows:

1.      If called upon to testify, I could and would testify competently to the following facts that are within my personal knowledge.

2.      I am currently employed by US Airways, Inc. ("US Airways") at San Jose International Airport as a Fleet Service Agent, and have held that position with US Airways or its corporate predecessors since 1983.  I previously worked at San Francisco International Airport as a Fleet Service Agent for approximately twenty (20) years.

3.      I understand that I am providing this statement in connection with a pending lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents who filed the lawsuit allege that US Airways Fleet Service Agents working in California should receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal cellular phones for work-related purposes.  It has been explained to me that if these individuals are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit and may be awarded money if the case is successful.  US Airways' lawyers have told me that they may use the facts I provide to defend US Airways in this litigation, and to defeat the claims described to me.  Knowing all this, I indicated that I was willing to share my experiences and declare to their truth in this document.

4.      As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft, positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts.  I work full-time and am paid on an hourly basis.  US Airways establishes a weekly schedule that I bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 8

DECLARATION OF RONALD BENNETT

USAIR0000922

1    hours per shift by US Airways.  Occasionally, I voluntarily shift trade or shift swap with other

2    Fleet Service Agents.  This means that either another Agent works one of the shifts US Airways

3    scheduled me to work or that I work a shift that US Airways scheduled another agent to work.  As

4    a result, I may have worked more or less hours in a week than I was originally scheduled to work

5    by US Airways.

6          5.       As a Fleet Service Agent, my employment is governed by a collective bargaining

7    agreement between US Airways and my union.  I am aware that the collective bargaining

8    agreement contains provisions governing shift trades, including restrictions on how far in advance

9    shift trades must be submitted and that hours worked as a result of voluntary shift trades will be

10   paid at my regular rate of pay.

11         6.       Managers are not involved in approving shift trades.  Rather, shift trades are

12   effected through an electronic system called "Workbrain."  Agents log-in to Workbrain using a

13   unique user name and password and either post shifts that they would like to drop or sign-up to

14   take shifts that others have indicated they wish to drop.

15         7.       I understand that when I trade shifts with a fellow employee using the Workbrain

16   system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

17   or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that

18   I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift

19   trade.

20         8.       I have never been forced or pressured by US Airways in any way to work a shift

21   under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process

22   to work more or less shifts than originally scheduled.

23         9.       I like being able to trade shifts with Fleet Service Agents.  Trading shifts allows

24   me to spend more time on personal pursuits, such as doing home improvements and spending

25   time with my family.  Shift-trades allow me greater flexibility to make my own schedule, but,

26   overall, I do not work substantially more hours because of shift-trades.  If US Airways stopped

27                                          - 2 -

28   

DECLARATION OF RONALD BENNETT

USAIR0000923

1  allowing employees to trade shifts, I would have far less flexibility in my schedule and this would

2  make it much more difficult for me to take on personal home improvement projects and to

3  maximize the time I spend with my family.  I do not support a lawsuit that challenges the shift-

4  trade policy.

5         10.    In my experience shift-trades are very popular among Fleet Service Agents.  Many

6  agents use trades to balance other employment or to create a flexible schedule for other, personal

7  reasons, such as taking extended vacations or spending more time with family.

8         11.    Throughout my employment with US Airways, I have been provided a printed

9  wage statement on a biweekly basis.

10         12.    On each wage statement, I understand the way my pay is calculated.  I believe that

11  the information on my wage statements is an accurate reflection of the number of hours I worked.

12  I have not noticed any discrepancies or errors on my wage statements.

13         13.    If I noticed any errors on my wage statement, I would discuss these with Tammy

14  Andersen, the Workbrain Timekeeper at San Jose International Airport.

15         14.    On occasion, I have worked overtime hours at US Airways' request, for example,

16  due to a flight delay that extended my scheduled shift.  When I worked more than 8 hours a day

17  or 40 hours in a week, all at US Airways' request, I was paid at the rate of time and a half for all

18  such hours worked.

19         15.    I have not incurred any work-related expenses during my employment as a Fleet

20  Service Agent at US Airways.

21         16.    I have never been forced or pressured in any way by US Airways to use my

22  personal cellular phone for work-related purposes while on the clock.  There are no occasions

23  where I would need to use my personal cellular phone for work-related purposes while on the

24  clock.  I have never used my personal cellular phone for work-related purposes while on the

25  clock.

26

27  - 3 -

28

DECLARATION OF RONALD BENNETT

USAIR0000924

17.     It is difficult to exceed the minutes allowed by my personal cellular phone plan, and I cannot recall an occasion when I have exceeded the minutes allowed under my plan.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this ___7TH___ day of ___aug___ at ___SANTA CLARA County___

_____
RONALD BENNETT

- 4 -

DECLARATION OF RONALD BENNETT

# EXHIBIT 8

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF ROSA BERNAL**

I, Rosa Bernal, declare and state as follows:

1.    If called upon to testify, I could and would testify competently to the following facts that are within my personal knowledge.

2.    I am currently employed by US Airways, Inc. ("US Airways") at San Francisco International Airport as a Fleet Service Agent, and have held that position with US Airways or its corporate predecessors since 2007. I previously worked at Oakland International Airport and San Diego International Airport.

3.    I understand that I am providing this statement in connection with a pending lawsuit that was filed by former Fleet Service Agents at US Airways. I understand that the agents who filed the lawsuit allege that US Airways Fleet Service Agents working in California should receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal cellular phones for work-related purposes. It has been explained to me that if these individuals are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit and may be awarded money if the case is successful. US Airways' lawyers have told me that they may use the facts I provide to defend US Airways in this litigation, and to defeat the claims described to me. Knowing all this, I indicated that I was willing to share my experiences and declare to their truth in this document.

4.    As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft, positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts. I work part-time and am paid on an hourly basis. US Airways establishes a weekly schedule that I bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 6

DECLARATION OF ROSA BERNAL

1  hours per shift by US Airways.  Frequently, I voluntarily shift trade or shift swap with other Fleet

2  Service Agents.  This means that either another Agent works one of the shifts US Airways

3  scheduled me to work or that I work a shift that US Airways scheduled another agent to work.  As

4  a result, I may have worked more or less hours in a week than I was originally scheduled to work

5  by US Airways.

6       5.     As a Fleet Service Agent, my employment is governed by a collective bargaining

7  agreement between US Airways and my union.  I am aware that the collective bargaining

8  agreement contains provisions governing shift trades, including restrictions on how far in advance

9  shift trades must be submitted and that hours worked as a result of voluntary shift trades will be

10  paid at my regular rate of pay.

11       6.     Managers are not involved in approving shift trades.  Rather, shift trades are

12  effected through an electronic system called "Workbrain."  Agents log-in to Workbrain using a

13  unique user name and password and either post shifts that they would like to drop or sign-up to

14  take shifts that others have indicated they wish to drop.

15       7.     I understand that when I trade shifts with a fellow employee using the Workbrain

16  system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

17  or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that

18  I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift

19  trade.

20       8.     I have never been forced or pressured by US Airways in any way to work a shift

21  under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process

22  to work more or less shifts than originally scheduled.

23       9.     I like being able to trade shifts with Fleet Service Agents.  Trading shifts allows

24  me to spend more time on personal pursuits, such as traveling for personal enjoyment and to visit

25  family living abroad in Mexico.  Shift-trades also allow me to work more hours and work

26  additional income.  If US Airways stopped allowing employees to trade shifts, I would have far

27                         - 2 -

28

DECLARATION OF ROSA BERNAL

1   less flexibility in my schedule and this would make it much more difficult for me to travel.

2   Additionally, if US Airways stopped allowing employees to trade shifts, I would have to take

3   another job to supplement my income.  I do not support a lawsuit that challenges the shift-trade

4   policy.

5          10.     In my experience shift-trades are very popular among Fleet Service Agents.

6   Eliminating shift trades would affect every one of us and would make it difficult for some people

7   to keep their jobs.  Many agents use trades to balance other employment or to create a flexible

8   schedule for other personal reasons.

9          11.     Throughout my employment with US Airways, I have been provided a wage

10  statement on a biweekly basis.

11         12.     On each wage statement, I understand the way my pay is calculated.  I believe that

12  the information on my wage statements is an accurate reflection of the number of hours I worked.

13  I have not noticed any discrepancies or errors on my wage statements.

14         13.     If I noticed any errors on my wage statement, I would discuss these with Nathalie

15  Obregon, the Workbrain Timekeeper at San Francisco International Airport.

16         14.     On occasion, I have worked overtime hours at US Airways' request, for example,

17  if someone has called in sick.  When I worked more than 8 hours a day or 40 hours in a week, all

18  at US Airways' request, I was paid at the rate of time and a half for all such hours worked.

19         15.     I have not incurred any work-related expenses during my employment as a Fleet

20  Service Agent at US Airways.

21         16.     I have never been forced or pressured in any way by US Airways to use my

22  personal cellular phone for work-related purposes while on the clock.

23         17.     I have an unlimited minutes plan on my cellular phone.  It is difficult to exceed the

24  minutes allowed by my personal cellular phone plan, and I cannot recall an occasion when I have

25  exceeded the minutes allowed under my plan.

26

27                                          - 3 -

28

DECLARATION OF ROSA BERNAL

USAIR0000928

1    I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct.

3

4

5    **EXECUTED** this _28_ day of _Aug /2013_ at _San Mateo County._

6

7

8

9                                                              ROSA BERNAL

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                            - 4 -

28

DECLARATION OF ROSA BERNAL

USAIR0000929

# EXHIBIT 9

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

## DECLARATION OF ALFRED BEYAN

I, Alfred Beyan, declare and state as follows:

1.     If called upon to testify, I could and would testify competently to the following facts that are within my personal knowledge.

2.     I am currently employed by US Airways, Inc. ("US Airways") at Los Angeles International Airport as a Fleet Service Agent, and have held that position with US Airways or one of its corporate predecessors since 2001.

3.     I understand that I am providing this statement in connection with a pending lawsuit that was filed by former Fleet Service Agents at US Airways. I understand that the agents who filed the lawsuit allege that US Airways Fleet Service Agents working in California should receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal cellular phones for work-related purposes. It has been explained to me that if these individuals are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit and may be awarded money if the case is successful. US Airways' lawyers have told me that they may use the facts I provide to defend US Airways in this litigation, and to defeat the claims described to me. Knowing all this, I indicated that I was willing to share my experiences and declare to their truth in this document.

4.     As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft, positioning luggage carts around the ramp, and driving tugs towing baggage carts. I work full-time and am paid on an hourly basis. US Airways establishes a weekly schedule that I bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 8 hours per shift by US Airways. Most weeks, I voluntarily shift trade or shift swap with other Fleet Service

USAIR0000930

1    Agents. This means that either another Agent works one of the shifts US Airways scheduled me
2    to work or that I work a shift that US Airways scheduled another agent to work. As a result, I
3    may have worked more or less hours in a week than I was originally scheduled to work by US
4    Airways.

5           5.      As a Fleet Service Agent, my employment is governed by a collective bargaining
6    agreement between US Airways and my union. I am aware that the collective bargaining
7    agreement contains provisions governing shift trades, including restrictions on how far in advance
8    shift trades must be submitted, the maximum number of shifts that may be dropped in a quarter,
9    and that hours worked as a result of voluntary shift trades will be paid at my regular rate of pay.

10          6.      Managers are generally not involved in approving shift trades. Rather, shift trades
11   are effected through an electronic system called "Workbrain." Agents log-in to Workbrain using
12   a unique user name and password and either post shifts that they would like to drop or sign-up to
13   take shifts that others have indicated they wish to drop. In very rare circumstances, a manager
14   may approve a shift trade that is not submitted 24 hours in advance, if there is a good reason why
15   the shift trade could not be submitted within the time limits set out in the collective bargaining
16   agreement.

17          7.      I understand that when I trade shifts with a fellow employee using the Workbrain
18   system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,
19   or to pick-up a shift US Airways had scheduled another employee to work. On the occasions that
20   I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift
21   trade.

22          8.      I have never been forced or pressured by US Airways in any way to work a shift
23   under the general shift-trades policies. It is entirely up to me whether I use the shift-trade process
24   to work more or less shifts than originally scheduled.

25          9.      I like being able to trade shifts with Fleet Service Agents. Trading shifts allows
26   me to spend more time on personal pursuits, such as attending religious services every Sunday,

27                                                  - 2 -
28

DECLARATION OF ALFRED BEYAN

USAIR0000931

1   extending vacations, taking advantage of the flight privileges afforded to me by US Airways, and

2   being involved in community events.  Shift-trades allow me greater flexibility to make my own

3   schedule, but, overall, I do not work substantially more hours because of shift-trades.  If US

4   Airways stopped allowing employees to trade shifts, I would have far less flexibility in my

5   schedule and this would make it much more difficult for me to attend religious services on

6   Sundays, to continue my involvement in community activities, or to visit my family in Africa.  I

7   do not support a lawsuit that challenges the shift-trade policy.

8        10.     In my experience shift-trades are very popular among Fleet Service Agents.  Many

9   agents use trades to balance other employment or to create a flexible schedule for other, personal

10  reasons, such as taking extended vacation, taking advantage of travel privileges, spending more

11  time with family, and taking care of their children.  I believe that if shift trades were eliminated, it

12  would negatively affect the moral of Fleet Service Agents as a group.

13       11.     Throughout my employment with US Airways, I have been provided a wage

14  statement on a biweekly basis.

15       12.     On each wage statement, I understand the way my pay is calculated.  I believe that

16  the information on my wage statements is an accurate reflection of the number of hours I worked.

17  If I noticed any errors on my wage statement, I would again discuss these with Paul Colbert.

18       13.     I generally review my hours worked on Workbrain in advance of receiving my

19  pay.  Occasionally, I have noticed errors in the way my hours have been recorded and I have

20  brought the issue to the attention of Paul Colbert, the Workbrain Timekeeper at Los Angeles

21  International Airport.  After doing so, the issue was promptly corrected and I was paid for all time

22  worked.

23       14.     On occasion, I have worked overtime hours at US Airways' request, for example,

24  due to other Flight Service Agents being on vacation or calling-in sick, or increased flights as a

25  result of the particular season.  When I worked more than 8 hours a day or 40 hours in a week, all

26  at US Airways' request, I was paid at the rate of time and a half for all such hours worked.

27
- 3 -
28

DECLARATION OF ALFRED BEYAN

USAIR0000932

15.     I have not incurred any work-related expenses during my employment as a Fleet Service Agent at US Airways.  And if I did, I would speak with the assistant to the shift manager or the shift manager to be reimbursed.

16.     I have never been forced or pressured in any way by US Airways to use my personal cellular phone for work-related purposes while on the clock.  I have never used my personal cellular phone for work-related purposes while on the clock.

17.     US Airways strictly prohibits Fleet Service Agents from using their personal cellphones while "on the ramp."   In fact, when managers witness Fleet Service Agents violating this rule, the manager will issue the Fleet Service Agent an Employee Safety Observation notice (ESON).  I'm aware of a lot of other Fleet Service Agents receiving ESONs for violating US Airway's policy prohibiting cellphone use.

18.     It is difficult to exceed the minutes allowed by my personal cellular phone plan, and I cannot recall an occasion when I have exceeded the minutes allowed under my plan.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**EXECUTED** this _9_ day of _September_ at Los Angeles County.

ALFRED BEYAN

- 4 -

DECLARATION OF ALFRED BEYAN

USAIR0000933

# EXHIBIT 10

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

1

**DECLARATION OF GLEN BROWN**

2

I, Glen Brown, declare and state as follows:

3

1.    If called upon to testify, I could and would testify competently to the following

4

facts that are within my personal knowledge.

5

2.    I am currently employed by US Airways, Inc. ("US Airways") at Ontario

6

International Airport as a Fleet Service Agent, and have held that position with US Airways or

7

one of its corporate predecessors since 1993.  I previously worked at Los Angeles International

8

Airport in Los Angeles, California.

9

3.    I understand that I am providing this statement in connection with a pending

10

lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents

11

who filed the lawsuit allege that US Airways Fleet Service Agents working in California should

12

receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service

13

Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of

14

voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal

15

cellular phones for work-related purposes.  It has been explained to me that if these individuals

16

are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit

17

and may be awarded money if the case is successful.  US Airways' lawyers have told me that they

18

may use the facts I provide to defend US Airways in this litigation, and to defeat the claims

19

described to me.  Knowing all this, I indicated that I was willing to share my experiences and

20

declare to their truth in this document.

21

4.    As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving

22

and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and

23

pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft,

24

positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts.  I

25

work full-time and am paid on an hourly basis.  US Airways establishes a weekly schedule that I

26

bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 8

27

28

DECLARATION OF GLEN BROWN

1  hours per shift by US Airways. Occasionally, I voluntarily shift trade or shift swap with other

2  Fleet Service Agents. This means that either another Agent works one of the shifts US Airways

3  scheduled me to work or that I work a shift that US Airways scheduled another agent to work. As

4  a result, I may have worked more or less hours in a week than I was originally scheduled to work

5  by US Airways.

6       5.    As a Fleet Service Agent, my employment is governed by a collective bargaining

7  agreement between US Airways and my union. I am aware that the collective bargaining

8  agreement contains provisions governing shift trades, including restrictions on how far in advance

9  shift trades must be submitted and that hours worked as a result of voluntary shift trades will be

10  paid at my regular rate of pay.

11       6.    Managers are generally not involved in approving shift trades. Rather, shift trades

12  are effected through an electronic system called "Workbrain." Agents log-in to Workbrain using

13  a unique user name and password and either post shifts that they would like to drop or sign-up to

14  take shifts that others have indicated they wish to drop.

15       7.    I understand that when I trade shifts with a fellow employee using the Workbrain

16  system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

17  or to pick-up a shift US Airways had scheduled another employee to work. On the occasions that

18  I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift

19  trade.

20       8.    I have never been forced or pressured by US Airways in any way to work a shift

21  under the general shift-trades policies. It is entirely up to me whether I use the shift-trade process

22  to work more or less shifts than originally scheduled.

23       9.    I like being able to trade shifts with Fleet Service Agents. Trading shifts allows

24  me to spend more time on personal pursuits, such as attending my children's tennis tournaments

25  on the weekends or attending religious services on Sundays. Shift-trades allow me greater

26  flexibility to make my own schedule, but, overall, I do not work substantially more hours because

27  - 2 -

28

DECLARATION OF GLEN BROWN

USAIR0000935

of shift-trades. If US Airways stopped allowing employees to trade shifts, I would have far less flexibility in my schedule and this would make it much more difficult for me to attend my children's sporting events. I do not support a lawsuit that challenges the shift-trade policy.

10.     In my experience shift-trades are very popular among Fleet Service Agents. Many agents use trades to balance other employment or to create a flexible schedule for other, personal reasons, such as taking extended vacations or spending more time with family. If shift-trades were eliminated, it would be horrible, because the shift-trade policy is one of best perks of working at US Airways.

11.     Throughout my employment with US Airways, I have been provided a wage statement on a biweekly basis.

12.     On each wage statement, I understand the way my pay is calculated. On one occasion, I noticed a discrepancy on my wage statement. In that instance, I notified my Station Manager, Sherrie Cairns. Upon doing so, she promptly corrected the mistake. As a result, I have been accurately paid for all hours worked.

13.     If I notice any errors on my wage statement in the future, I would discuss these again with Sherrie Cairns.

14.     On occasion, I have worked overtime hours at US Airways' request, for example, due to a flight delay that extended my scheduled shift or other Fleet Service Agents having jury duty or being sick. When I worked more than 8 hours a day or 40 hours in a week, all at US Airways' request, I was paid at the rate of time and a half for all such hours worked.

15.     I have not incurred any work-related expenses during my employment as a Fleet Service Agent at US Airways.

16.     I have never been forced or pressured in any way by US Airways to use my personal cellular phone for work-related purposes while on the clock.

17.     It is difficult to exceed the minutes allowed by my personal cellular phone plan, and I cannot recall an occasion when I have exceeded the minutes allowed under my plan.

- 3 -

DECLARATION OF GLEN BROWN

USAIR0000936

1

2          I declare under penalty of perjury under the laws of the State of California that the

3    foregoing is true and correct.

4

5

6    **EXECUTED** this ⎽⎽⎽17⎽⎽⎽ day of ⎽⎽⎽September⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽2013 at San Bernardino County.

7

8

9                                                                    Glen Brown

10                                                                   Glen Brown

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                              - 4 -

28

DECLARATION OF GLEN BROWN

# EXHIBIT 11

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

1       <u>**DECLARATION OF JULIO CALVILLO**</u>

2               I, Julio Calvillo, declare and state as follows:

3       1.      If called upon to testify, I could and would testify competently to the following

4       facts that are within my personal knowledge.

5       2.      I am currently employed by US Airways, Inc. ("US Airways") at San Diego

6       International Airport as a Fleet Service Agent, and have held that position with US Airways or

7       one of its corporate predecessors since 2000.

8       3.      I understand that I am providing this statement in connection with a pending

9       lawsuit that was filed by former Fleet Service Agents at US Airways. I understand that the agents

10      who filed the lawsuit allege that US Airways Fleet Service Agents working in California should

11      receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service

12      Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of

13      voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal

14      cellular phones for work-related purposes. It has been explained to me that if these individuals

15      are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit

16      and may be awarded money if the case is successful. US Airways' lawyers have told me that they

17      may use the facts I provide to defend US Airways in this litigation, and to defeat the claims

18      described to me. Knowing all this, I indicated that I was willing to share my experiences and

19      declare to their truth in this document.

20      4.      As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving

21      and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and

22      pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft,

23      positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts. I

24      work full-time and am paid on an hourly basis. US Airways establishes a weekly schedule that I

25      bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 8

26      hours per shift by US Airways. Frequently, I voluntarily shift trade or shift swap with other Fleet

27

28

DECLARATION OF JULIO CALVILLO

USAIR0000938

1    Service Agents. This means that either another Agent works one of the shifts US Airways

2    scheduled me to work or that I work a shift that US Airways scheduled another agent to work. As

3    a result, I may have worked more or less hours in a week than I was originally scheduled to work

4    by US Airways.

5         5.    As a Fleet Service Agent, my employment is governed by a collective bargaining

6    agreement between US Airways and my union. I am aware that the collective bargaining

7    agreement contains provisions governing shift trades, including that hours worked as a result of

8    voluntary shift trades will be paid at my regular rate of pay.

9         6.    In my experience, managers are generally not involved in approving shift trades.

10   Rather, shift trades are effected through an electronic system called "Workbrain." Agents log-in

11   to Workbrain using a unique user name and password and either post shifts that they would like to

12   drop or sign-up to take shifts that others have indicated they wish to drop.

13        7.    I understand that when I trade shifts with a fellow employee using the Workbrain

14   system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

15   or to pick-up a shift US Airways had scheduled another employee to work. On the occasions that

16   I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift

17   trade.

18        8.    I have never been forced or pressured by US Airways in any way to work a shift

19   under the general shift-trades policies. It is entirely up to me whether I use the shift-trade process

20   to work more or less shifts than originally scheduled.

21        9.    I very much enjoy being able to trade shifts with Fleet Service Agents. Trading

22   shifts allows me to arrange my schedule in order to spend more time with family and to take

23   advantage of the travel privileges provided to me by US Airways. In fact, I have used shift-trades

24   to extended trips all over the world and the United States, including, most recently, Italy, the

25   Philippines, and Israel. I also use shift-trades to take extended trips to Mexico about four to five

26   times a year to visit my family. In addition, because I am regularly scheduled to work weekends,

27

28
                                    - 2 -

                    DECLARATION OF JULIO CALVILLO

USAIR0000939

1    I use shift-trades to drop my weekend shifts to attend weekend events like my daughter's swim

2    meets. Shift-trades allow me greater flexibility to make my own schedule, but, overall, I do not

3    work substantially more hours because of shift-trades. If US Airways stopped allowing

4    employees to trade shifts, I would have far less flexibility in my schedule and this would make it

5    much more difficult for me to travel throughout the world and to maximize the time I spend with

6    my family. The travel privileges provided by US Airways are an important reason why I enjoy

7    this job and these privileges would be far more difficult to use absent shift-trades. I do not

8    support a lawsuit that challenges the shift-trade policy.

9           10.    In my experience shift-trades are extremely popular among Fleet Service Agents.

10   Many agents use trades to balance other employment or to create a flexible schedule for other,

11   personal reasons, such as taking extended vacations or spending more time with family. Many

12   part-time Fleet Service Agents use shift-trades to earn additional income by picking up shifts.

13   Fleet Service Agents, including me, use shift-trades to minimize the amount of times that they

14   commute to the airport.

15          11.    Throughout my employment with US Airways, I have been provided a wage

16   statement on a biweekly basis, which I review each pay period.

17          12.    On each wage statement, I understand the way my pay is calculated. I believe that

18   the information on my wage statements is an accurate reflection of the number of hours I worked.

19   In addition to regularly reviewing my wage statement, I regularly review my hours worked as

20   recorded on Workbrain. On a couple of rare occasions, there have been discrepancies between

21   the hours I actually worked and those recorded on Workbrain or on my wage statement; but in

22   those instances, I have spoken with Kyle Benton, my shift supervisor at San Diego International

23   Airport and Mr. Benton has promptly fixed the discrepenacy. As a result, I believe that I have

24   been accurately paid for all hours worked.

25          13.    If I notice any errors on my wage statement in the future, I would again discuss

26   these with Kyle Benton.

27

28

- 3 -

DECLARATION OF JULIO CALVILLO

USAIR0000940

14.     On occasion, I have worked overtime hours at US Airways' request, for example, due to other employees being sick or being on vacation, or when US Airways needs additional Fleet Service Agents to work a charter flight that is not a part of the regular flight schedule. When I worked more than 8 hours a day or 40 hours in a week, all at US Airways' request, I was paid at the rate of time and a half for all such hours worked.

15.     I have not incurred any work-related expenses during my employment as a Fleet Service Agent at US Airways.  And if I did, I would speak with my shift supervisor, Kyle Benton, to be reimbursed.

16.     I have never been forced or pressured in any way by US Airways to use my personal cellular phone for work-related purposes while on the clock.  In fact, US Airways strictly prohibits Fleet Service Agents from using their personal cellphones while on the ramp. There are no occasions where I would need to use my personal cellular phone for work-related purposes while on the clock.  I have never used my personal cellular phone for work-related purposes while on the clock.

17.     It is difficult to exceed the minutes allowed by my personal cellular phone plan, and I cannot recall an occasion when I have exceeded the minutes allowed under my plan.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**EXECUTED** this _26_ day of September, 2013 at San Diego County.

JULIO CALVILLO

- 4 -

DECLARATION OF JULIO CALVILLO

# EXHIBIT 12

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

1

**DECLARATION OF JOSE CARMONA**

2         I, Jose Carmona, declare and state as follows:

3      1.    If called upon to testify, I could and would testify competently to the following

4 facts that are within my personal knowledge.

5      2.    I am currently employed by US Airways, Inc. ("US Airways") at Los Angeles

6 International Airport as a Fleet Service Agent, and have held that position with US Airways or

7 one its corporate predecessors since 2006.

8      3.    I understand that I am providing this statement in connection with a pending

9 lawsuit that was filed by former Fleet Service Agents at US Airways. I understand that the agents

10 who filed the lawsuit allege that US Airways Fleet Service Agents working in California should

11 receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service

12 Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of

13 voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal

14 cellular phones for work-related purposes. It has been explained to me that if these individuals

15 are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit

16 and may be awarded money if the case is successful. US Airways' lawyers have told me that they

17 may use the facts I provide to defend US Airways in this litigation, and to defeat the claims

18 described to me. Knowing all this, I indicated that I was willing to share my experiences and

19 declare to their truth in this document.

20      4.    As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving

21 and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and

22 pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft,

23 positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts. I

24 work part-time and am paid on an hourly basis. US Airways establishes a weekly schedule that I

25 bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 3

26 hours and 45 minutes per shift by US Airways. Every week, I voluntarily shift trade or shift swap

27

28

---

DECLARATION OF JOSE CARMONA

USAIR0000942

1  with other Fleet Service Agents.  This means that either another Agent works one of the shifts US
2  Airways scheduled me to work or that I work a shift that US Airways scheduled another agent to
3  work.  As a result, I may have worked more or less hours in a week than I was originally
4  scheduled to work by US Airways.

5       5.    As a Fleet Service Agent, my employment is governed by a collective bargaining
6  agreement between US Airways and my union.  I am aware that the collective bargaining
7  agreement contains provisions governing shift trades, including that hours worked as a result of
8  voluntary shift trades will be paid at my regular rate of pay.

9       6.    Managers are not involved in approving shift trades.  Rather, shift trades are
10  effected through an electronic system called "Workbrain."  Agents log-in to Workbrain using a
11  unique user name and password and either post shifts that they would like to drop or sign-up to
12  take shifts that others have indicated they wish to drop.

13       7.    I understand that when I trade shifts with a fellow employee using the Workbrain
14  system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,
15  or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that
16  I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift
17  trade.

18       8.    I have never been forced or pressured by US Airways in any way to work a shift
19  under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process
20  to work more or less shifts than originally scheduled.

21       9.    I like being able to trade shifts with Fleet Service Agents.  Because I work part-
22  time, trading shifts allows me to pick up additional shifts and earn more money.  I also use shift-
23  trades to extend vacations.  If US Airways stopped allowing employees to trade shifts, I would
24  have far less flexibility in my schedule and this would make it much more difficult for me to get
25  the extra hours to increase my income, which is very important to me.  I do not support a lawsuit
26  that challenges the shift-trade policy.

27

28
- 2 -

DECLARATION OF JOSE CARMONA

USAIR0000943

10.     In my experience shift-trades are very popular among Fleet Service Agents.  Many agents use trades to balance other employment or to create a flexible schedule for other, personal reasons, such as taking extended vacations, extending weekends or spending more time with family.

11.     Throughout my employment with US Airways, I have been provided a wage statement on a biweekly basis.

12.     On each wage statement, I understand the way my pay is calculated.  I believe that the information on my wage statements is an accurate reflection of the number of hours I worked.  I have not noticed any discrepancies or errors on my wage statements.

13.     If I noticed any errors on my wage statement or if I ever had any questions about my wage statement, I would discuss these with my shift manager or Paul Colbert, the Workbrain Timekeeper at Los Angeles International Airport.

14.     On occasion, I have worked overtime hours at US Airways' request, for example, due to flight delays from the East Coast that extended my scheduled shift.  When I worked more than 8 hours a day or 40 hours in a week, all at US Airways' request, I was paid at the rate of time and a half for all such hours worked.

15.     I have not incurred any work-related expenses during my employment as a Fleet Service Agent at US Airways.

16.     US Airways strictly prohibits Fleet Service Agents from using their personal cellphones while "on the ramp."  In fact, when managers witness Fleet Service Agents violating this rule, the manager will issue the Fleet Service Agent an Employee Safety Observation notice (ESON).  I'm aware of other Fleet Service Agents receiving ESONs for violating US Airway's policy prohibiting cellphone use.

17.     It is difficult to exceed the minutes allowed by my personal cellular phone plan, and I cannot recall an occasion when I have exceeded the minutes allowed under my plan.

- 3 -

DECLARATION OF JOSE CARMONA

USAIR0000944

1    I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct.

3

4

5    **EXECUTED** this ___9___ day of ___September___ at Los Angeles.

6

7

8

9                                                         JOSE CARMONA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                          - 4 -

28

──────────────────────────────────────────

DECLARATION OF JOSE CARMONA

USAIR0000945

# EXHIBIT 13

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

## DECLARATION OF IAN DAVIES

I, Ian Davies, declare and state as follows:

1.     If called upon to testify, I could and would testify competently to the following facts that are within my personal knowledge.

2.     I am currently employed by US Airways, Inc. ("US Airways") at San Francisco International Airport as a Lead Fleet Service Agent, and have held that position with US Airways or its corporate predecessors since approximately 2002. Prior to that, I was employed by US Airways or its corporate predecessors as a Fleet Service Agents, since 1977.

3.     I understand that I am providing this statement in connection with a pending lawsuit that was filed by former Fleet Service Agents at US Airways. I understand that the agents who filed the lawsuit allege that US Airways Fleet Service Agents working in California should receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal cellular phones for work-related purposes. It has been explained to me that if these individuals are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit and may be awarded money if the case is successful. US Airways' lawyers have told me that they may use the facts I provide to defend US Airways in this litigation, and to defeat the claims described to me. Knowing all this, I indicated that I was willing to share my experiences and declare to their truth in this document.

4.     As a Lead Fleet Service Agent, I am responsible I am responsible training and overseeing teams of Fleet Service Agents, scanning and moving baggage and cargo, driving and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and pushback of aircraft from gates, break-riding aircraft while being towed, servicing aircraft lavatories and water ports, cleaning aircraft, positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts. I work full-time and am paid on an hourly basis.

DECLARATION OF IAN DAVIES

USAIR0000946

1   US Airways establishes a weekly schedule that I bid for, and pursuant to this process I am

2   typically scheduled to work 5 days per week and 8 hours per shift by US Airways.  I used to

3   voluntarily shift trade or shift swap with other Fleet Service Agents frequently, but I now do so

4   only occasionally.  When I do shift trade, this means that either another Agent works one of the

5   shifts US Airways scheduled me to work or that I work a shift that US Airways scheduled another

6   agent to work.  As a result, I may have worked more or less hours in a week than I was originally

7   scheduled to work by US Airways.

8        5.     As a Fleet Service Agent, my employment is governed by a collective bargaining

9   agreement between US Airways and my union.  I am aware that the collective bargaining

10  agreement contains provisions governing shift trades, including that hours worked as a result of

11  voluntary shift trades will be paid at my regular rate of pay, and restrictions on how far in

12  advance shift trades must be submitted.

13       6.     Managers are not involved in approving shift trades.  Rather, shift trades are

14  effected through an electronic system called "Workbrain."  Agents log-in to Workbrain using a

15  unique user name and password and either post shifts that they would like to drop or sign-up to

16  take shifts that others have indicated they wish to drop.

17       7.     I understand that when I trade shifts with a fellow employee using the Workbrain

18  system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

19  or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that

20  I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift

21  trade.

22       8.     I have never been forced or pressured by US Airways in any way to work a shift

23  under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process

24  to work more or less shifts than originally scheduled.

25       9.     I like being able to trade shifts with Fleet Service Agents.  I used to trade shifts

26  fairly frequently.  Now I trade shifts occasionally.  Trading shifts has allowed me to spend more

27

- 2 -

28

DECLARATION OF IAN DAVIES

USAIR0000947

1   time on personal pursuits, such as spending time with my family, attending my children's soccer

2   games, traveling, or just enjoying time off.  Shift-trades allow me greater flexibility to make my

3   own schedule, but, overall, I do not work substantially more hours because of shift-trades.  If US

4   Airways stopped allowing employees to trade shifts, I would have far less flexibility in my

5   schedule.  Even though I do not use shift-trades very often now, I would be devastated if they

6   were taken away.  Shift-trades were one of the reasons I first took this job, and they are one of the

7   most attractive aspects of the job.  I do not support a lawsuit that challenges the shift-trade policy.

8        10.     In my experience shift-trades are very popular among Fleet Service Agents.  Many

9   agents use trades to balance other employment or to create a flexible schedule for other, personal

10  reasons, such as minimizing the number of days they need to commute into work, taking extended

11  vacations or spending more time with family.

12       11.     Throughout my employment with US Airways, I have been provided a printed

13  wage statement on a biweekly basis.

14       12.     On each wage statement, I understand the way my pay is calculated.  I believe that

15  the information on my wage statements is an accurate reflection of the number of hours I worked.

16  I have noticed any discrepancies or errors on my wage statements.

17       13.     On occasion, I have noticed a discrepancy in my wage statement.  On those

18  occasions, I have spoken with the Workbrain Timekeeper at San Francisco International Airport,

19  Natalie Obregon, or the shift manager, Sonya Kullar, and they have resolved the discrepancy and

20  I have been paid for all time worked.

21       14.     On occasion, I have worked overtime hours at US Airways' request, for example,

22  due to a flight delay that extended my scheduled shift.  When I worked more than 8 hours a day

23  or 40 hours in a week, all at US Airways' request, I was paid at the rate of time and a half for all

24  such hours worked.

25       15.     I have not incurred any work-related expenses during my employment as a Fleet

26  Service Agent at US Airways.

27                                        - 3 -

28

DECLARATION OF IAN DAVIES

USAIR0000948

16.     I have an unlimited minutes plan on my cellular phone.  It is difficult to exceed the minutes allowed by my personal cellular phone plan, and I cannot recall an occasion when I have exceeded the minutes allowed under my plan.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this _28_ day of ___August___ at ___2013 / SFO___.

SAN MATEO COUNTY

OPS

IAN DAVIES

- 4 -

DECLARATION OF IAN DAVIES

USAIR0000949

EXHIBIT 14

KOHSWEENEY DECLARATION IN
SUPPORT OF MOTION TO DENY
CLASS CERTIFICATION

1

<u>**DECLARATION OF EDGARDO DEL MUNDO**</u>

2        I, Edgardo Del Mundo, declare and state as follows:

3        1.        If called upon to testify, I could and would testify competently to the following

4 facts that are within my personal knowledge.

5        2.        I am currently employed by US Airways, Inc. ("US Airways") at San Jose

6 International Airport as a Fleet Service Agent, and have held that position with US Airways or

7 one of its corporate predecessors since 1997.

8        3.        I understand that I am providing this statement in connection with a pending

9 lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents

10 who filed the lawsuit allege that US Airways Fleet Service Agents working in California should

11 receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service

12 Agents' regular rate of pay when more than 40 hours are worked in a workweek, or more than 8

13 hours are worked in a workday, as a result of voluntary "shift-trades" or "shift swaps," and

14 expense reimbursements for usage of personal cellular phones for work-related purposes.  It has

15 been explained to me that if these individuals are allowed to represent other Fleet Service Agents,

16 I may be allowed to participate in the lawsuit and may be awarded money if the case is

17 successful.  US Airways' lawyers have told me that they may use the facts I provide to defend US

18 Airways in this litigation, and to defeat the claims described to me.  Knowing all this, I indicated

19 that I was willing to share my experiences and declare to their truth in this document.

20        4.        As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving

21 and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and

22 pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft,

23 positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts.  I

24 work part-time and am paid on an hourly basis.  US Airways establishes a weekly schedule that I

25 bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 4.5

26 hours per shift by US Airways.  Almost weekly, I voluntarily shift trade or shift swap with other

27

28

DECLARATION OF EDGARDO DEL MUNDO

Fleet Service Agents.  This means that either another Agent works one of the shifts US Airways scheduled me to work or that I work a shift that US Airways scheduled another agent to work.  As a result, I may have worked more or less hours in a week than I was originally scheduled to work by US Airways.

5.      As a Fleet Service Agent, my employment is governed by a collective bargaining agreement between US Airways and my union.  Though I am not very familiar with the provisions of the collective bargaining agreement, I am aware that hours worked as a result of voluntary shift trades will be paid at my regular rate of pay.

6.      In my experience, managers are not involved in approving shift trades.  Rather, shift trades are effected through an electronic system called "Workbrain."  Agents log-in to Workbrain using a unique user name and password and either post shifts that they would like to drop or sign-up to take shifts that others have indicated they wish to drop.

7.      I understand that when I trade shifts with a fellow employee using the Workbrain system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work, or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift trade.

8.      I have never been forced or pressured by US Airways in any way to work a shift under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process to work more or less shifts than originally scheduled.

9.      I like being able to trade shifts with Fleet Service Agents.  Trading shifts allows me flexibility to schedule doctor's appointments for myself and my children because I can easily drop a shift that will be picked up by another agent in order to get time off to attend such appointments.  In addition, shift trades make it much easier for me to use the travel privileges provided to me by US Airways, which I use to travel to visit my family in the Philippines or to vacation elsewhere with my family.  Until I retired last year, I also worked at the United States

- 2 -

DECLARATION OF EDGARDO DEL MUNDO

USAIR0000951

1   Post Office and used shift trades to balance that job with my job as a US Airways Fleet Service

2   Agent.  Shift-trades allow me greater flexibility to make my own schedule, but, overall, I do not

3   work substantially more hours because of shift-trades.  If US Airways stopped allowing

4   employees to trade shifts, I would be very upset.  I would have far less flexibility in my schedule

5   and this would make it much more difficult for me to make personal appointments and to

6   vacation with my family and spend time with family members who live far away in the

7   Philippines.  I do not support a lawsuit that challenges the shift-trade policy.

8           10.     In my experience shift-trades are very popular among Fleet Service Agents.  Many

9   agents use trades to balance other employment or to create a flexible schedule for other, personal

10   reasons, such as taking extended vacations or spending more time with family.  I believe that

11   many Fleet Service Agents would be upset if US Airways stopped allowing shift-trades and,

12   without shift trades, it would be difficult for some of them to keep this job.

13          11.     Throughout my employment with US Airways, I have been provided a wage

14   statement on a biweekly basis.  While I do not regularly review my wage statement, I do

15   occasionally review my hours worked as recorded in Workbrain.  I have not noticed any

16   discrepancies in my hours as recorded in Workbrain and I believe that I have been paid accurately

17   for all time worked.

18          12.     If I noticed any errors on my wage statement or with respect to my hours as

19   recorded in Workbrain in the future, I would discuss these with Tammy Andersen, the Workbrain

20   Timekeeper at San Jose International Airport.

21          13.     On occasion, I have worked overtime hours at US Airways' request, for example,

22   due to mechanical problems with a plane that delayed a flight.  When I worked more than 8 hours

23   a day or 40 hours in a week, all at US Airways' request, I was paid at the rate of time and a half

24   for all such hours worked.

25          14.     I have not incurred any work-related expenses during my employment as a Fleet

26   Service Agent at US Airways.

27

28

- 3 -

DECLARATION OF EDGARDO DEL MUNDO

1    15.    I have never been forced or pressured in any way by US Airways to use my

2  personal cellular phone for work-related purposes while on the clock and, in fact, US Airways

3  strictly prohibits cell phone use while on the ramp.  There are no occasions where I would need to

4  use my personal cellular phone for work-related purposes while on the clock.  I have never used

5  my personal cellular phone for work-related purposes while on the clock.

6    16.    It is difficult to exceed the minutes allowed by my personal cellular phone plan,

7  and I cannot recall an occasion when I have exceeded the minutes allowed under my plan.

8

9    I declare under penalty of perjury under the laws of the State of California that the

10  foregoing is true and correct.

11

12

13  **EXECUTED** this _12th_ day of _SEPTEMBER_ at Santa Clara County

14

15

16

17    EDGARDO DEL MUNDO

18

19

20

21

22

23

24

25

26

27    - 4 -

28

DECLARATION OF EDGARDO DEL MUNDO

# EXHIBIT 15

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

1                   **DECLARATION OF ARMANDO DEL PIELAGO**

2             I, Armando Del Pielago, declare and state as follows:

3          1.      If called upon to testify, I could and would testify competently to the following

4 facts that are within my personal knowledge.

5          2.      I am currently employed by US Airways, Inc. ("US Airways") at San Jose

6 International Airport as a Fleet Service Agent, and have held that position since 2008.  I was

7 furloughed in February 2010 and was recalled in 2013.

8          3.      I understand that I am providing this statement in connection with a pending

9 lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents

10 who filed the lawsuit allege that US Airways Fleet Service Agents working in California should

11 receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service

12 Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of

13 voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal

14 cellular phones for work-related purposes.  It has been explained to me that if these individuals

15 are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit

16 and may be awarded money if the case is successful.  US Airways' lawyers have told me that they

17 may use the facts I provide to defend US Airways in this litigation, and to defeat the claims

18 described to me.  Knowing all this, I indicated that I was willing to share my experiences and

19 declare to their truth in this document.

20          4.      As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving

21 and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and

22 pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft,

23 positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts.  I

24 work part time and am paid on an hourly basis.  US Airways establishes a weekly schedule that I

25 bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 4

26 hours per shift by US Airways.  Frequently, I voluntarily shift trade or shift swap with other Fleet

27

28

DECLARATION OF ARMANDO DEL PIELAGO

USAIR0000954

1   Service Agents.  This means that either another Agent works one of the shifts US Airways

2   scheduled me to work or that I work a shift that US Airways scheduled another agent to work.  As

3   a result, I may have worked more or less hours in a week than I was originally scheduled to work

4   by US Airways.

5         5.       As a Fleet Service Agent, my employment is governed by a collective bargaining

6   agreement between US Airways and my union.  I am aware that the collective bargaining

7   agreement contains provisions governing shift trades, including that hours worked as a result of

8   voluntary shift trades will be paid at my regular rate of pay and that I may only drop up to twenty

9   six (26) regularly-scheduled shifts per calendar quarter.

10        6.       Managers are not involved in approving shift trades.  Rather, shift trades are

11  effected through an electronic system called "Workbrain."  Agents log-in to Workbrain using a

12  unique user name and password and either post shifts that they would like to drop or sign-up to

13  take shifts that others have indicated they wish to drop.

14        7.       I understand that when I trade shifts with a fellow employee using the Workbrain

15  system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

16  or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that

17  I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift

18  trade.

19        8.       I have never been forced or pressured by US Airways in any way to work a shift

20  under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process

21  to work more or less shifts than originally scheduled.

22        9.       I like being able to trade shifts with other Fleet Service Agents.  Shift-trades allow

23  me greater flexibility to adjust my own schedule, but, overall, I do not work substantially more

24  hours because of shift-trades.  In fact, I work substantially less hours than my regularly scheduled

25  hours as a result of shift trades .  Trading shifts allows me to work a minimal number of hours in

26  my part-time position as a Fleet Service Agent.  This in turn allows me to balance my workload at

27                                      - 2 -

28  _____

                        DECLARATION OF ARMANDO DEL PIELAGO

USAIR0000955

1  my full-time job, which is not with US Airways.  So long as I fulfill the minimum requirements

2  of my part-time position as a Fleet Service Agent, I am able to take advantage of flight privileges

3  provided to me by US Airways.  These flight privileges are very important to me, as they allow

4  me to visit my family who live across the country, on the East Coast.  If US Airways stopped

5  allowing employees to trade shifts, I would unlikely be able to keep my job at US Airways

6  because I need the flexibility provided by the shift trade policy to balance my workload at my

7  full-time job.  In addition to losing the extra pay I receive through my part-time employment as a

8  Fleet Service Agent, I would also lose my flight privileges and the ability to visit my family

9  regularly.  I do not support a lawsuit that challenges the shift-trade policy.

10       10.     In my experience shift-trades are extremely popular among Fleet Service Agents.

11  Many agents use trades to balance other employment or to create a flexible schedule for other,

12  personal reasons, such as taking extended vacations or spending more time with family.

13       11.     Throughout my employment with US Airways, I have been provided a printed

14  wage statement on a biweekly basis.

15       12.     On each wage statement, I understand the way my pay is calculated.  I believe that

16  the information on my wage statements is an accurate reflection of the number of hours I worked.

17  I have not noticed any discrepancies or errors on my wage statements.

18       13.     If I noticed any errors on my wage statement, I would discuss these with Tammy

19  Andersen, the Workbrain Timekeeper at San Jose International Airport.

20       14.     On occasion, I have worked overtime hours at US Airways' request, for example,

21  due to a flight delay that extended my scheduled shift.  When I worked more than 8 hours a day

22  or 40 hours in a week, all at US Airways' request, I was paid at the rate of time and a half for all

23  such hours worked.

24       15.     I have not incurred any work-related expenses during my employment as a Fleet

25  Service Agent at US Airways.

26

27                                            - 3 -

28

DECLARATION OF ARMANDO DEL PIELAGO

USAIR0000956

16.     US Airways has strictly prohibited Fleet Service Agents from using their personal cellphones while "on the ramp" for the entire time I have been a Fleet Service Agent.

17.     I have never been forced or pressured in any way by US Airways to use my personal cellular phone for work-related purposes while on the clock.  There are no occasions where I would need to use my personal cellular phone for work-related purposes while on the clock.  I have never used my personal cellular phone for work-related purposes while on the clock.

18.     It is difficult to exceed the minutes allowed by my personal cellular phone plan, and I cannot recall an occasion when I have exceeded the minutes allowed under my plan.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**EXECUTED** this ___7___ day of ___August___ at ___Santa Clara County___

ARMANDO DEL PIELAGO

- 4 -

DECLARATION OF ARMANDO DEL PIELAGO

USAIR0000957