# EXHIBIT 61

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

## DECLARATION OF ZELIG STAHL

I, Zelig Stahl, declare and state as follows:

1. If called upon to testify, I could and would testify competently to the following facts that are within my personal knowledge.

2. I am currently employed by US Airways, Inc. ("US Airways") at San Diego International Airport as a Fleet Service Agent, and have held that position with US Airways or one of its corporate predecessors since 2008. I previously worked at the Skyharbor International Airport in Phoenix, Arizona.

3. I understand that I am providing this statement in connection with a pending lawsuit that was filed by former Fleet Service Agents at US Airways. I understand that the agents who filed the lawsuit allege that US Airways Fleet Service Agents working in California should receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service Agents' regular rate of pay when more than 40 hours are worked in a workweek or more than eight hours in a day as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal cellular phones for work-related purposes. It has been explained to me that if these individuals are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit and may be awarded money if the case is successful. US Airways' lawyers have told me that they may use the facts I provide to defend US Airways in this litigation, and to defeat the claims described to me. Knowing all this, I indicated that I was willing to share my experiences and declare to their truth in this document.

4. As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft, positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts. I work part-time and am paid on an hourly basis. US Airways establishes a weekly schedule that I bid for, and pursuant to this process I am typically scheduled to work 5 days per week and about

DECLARATION OF ZELIG STAHL

USAIR0001140

1  4 hours per shift by US Airways.  Occasionally, I voluntarily shift trade or shift swap with other

2  Fleet Service Agents.  This means that either another Agent works one of the shifts US Airways

3  scheduled me to work or that I work a shift that US Airways scheduled another agent to work.  As

4  a result, I may have worked more or less hours in a week than I was originally scheduled to work

5  by US Airways.

6      5.    As a Fleet Service Agent, my employment is governed by a collective bargaining

7  agreement between US Airways and my union.  I am aware that the collective bargaining

8  agreement contains provisions governing shift trades, including restrictions on how far in advance

9  shift trades must be submitted and that hours worked as a result of voluntary shift trades will be

10  paid at my regular rate of pay.

11      6.    In the experience, managers are generally not involved in approving shift trades.

12  Rather, shift trades are done through an electronic system called "Workbrain."  Agents log-in to

13  Workbrain using a unique user name and password and either post shifts that they would like to

14  drop or sign-up to take shifts that others have indicated they wish to drop.

15      7.    I understand that when I trade shifts with a fellow employee using the Workbrain

16  system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

17  or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that

18  I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift

19  trade.

20      8.    I have never been forced or pressured by US Airways in any way to work a shift

21  under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process

22  to work more or less shifts than originally scheduled.

23      9.    Being able to trade shifts with Fleet Service Agents is one of the most important

24  privileges of working at US Airways.  Shift-trades allow me greater flexibility to make my own

25  schedule.  I use shift-trades to drop shift so that I can spend time with family or to travel and take

26  advantage of the travel privileges that are afforded to me by US Airways.  For example, I recently

27

- 2 -

28

DECLARATION OF ZELIG STAHL

1   used shift-trades to take an extended vacation in Phoenix, Arizona.   If US Airways stopped

2   allowing employees to trade shifts, I would have far less flexibility in my schedule and it would

3   be much more difficult for me to balance my life.  I do not support a lawsuit that challenges the

4   shift-trade policy.

5         10.     In my experience shift-trades are extremely popular among Fleet Service Agents.

6   Many agents use trades to balance other employment or to create a flexible schedule for other,

7   personal reasons, such as taking extended vacations or spending more time with family.  In

8   addition, many part-time Fleet Service Agents rely on shift-trades to earn additional income by

9   picking up additional shifts.

10         11.     Throughout my employment with US Airways, I have been provided a wage

11   statement on a biweekly basis.

12         12.     On each wage statement, I understand the way my pay is calculated.  On a few

13   occasions while I was working in Phoenix, Arizona, I noticed a discrepancy on my wage

14   statement.  In those instances, I spoke with administration and they promptly corrected the

15   discrepancy.  As a result, I believe that I have been paid accurately for all hours worked.

16         13.     If I noticed any errors on my wage statement while working at the San Diego

17   International Airport, I would discuss these with administration to correct the error.

18         14.     On occasion, I have worked overtime hours at US Airways' request, for example,

19   due to a flight delay that extended my scheduled shift.  When I worked more than 8 hours a day

20   or 40 hours in a week, all at US Airways' request, I was paid at the rate of time and a half for all

21   such hours worked.

22         15.     To the best of my knowledge, I have not incurred any work-related expenses

23   during my employment as a Fleet Service Agent at US Airways.

24         16.     I have never been forced or pressured in any way by US Airways to use my

25   personal cellular phone for work-related purposes while on the clock.

26

27                              - 3 -

28

DECLARATION OF ZELIG STAHL

USAIR0001142

1       17.    It is difficult to exceed the data allowed by my personal cellular phone plan, and I

2   cannot recall an occasion when I have exceeded the data allowed under my plan.

3

4       I declare under penalty of perjury under the laws of the State of California that the

5   foregoing is true and correct.

6

7

8   **EXECUTED** this _27_ day of September, 2013 at San Diego County.

9

10

11

12                               ZELIG STAHL

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                         - 4 -

28

DECLARATION OF ZELIG STAHL

USAIR0001143

# EXHIBIT 62

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

1          <u>DECLARATION OF HUBERT PATRICK STEWART</u>

2                  I, Hubert Patrick Stewart, declare and state as follows:

3          1.      If called upon to testify, I could and would testify competently to the following

4     facts that are within my personal knowledge.

5          2.      I have been employed by US Airways, Inc. ("US Airways") or one of its corporate

6     predecessors since 1970.  I am currently employed by US Airways at San Diego International

7     Airport as a Fleet Service Agent and have worked as a Fleet Service Agent for approximately

8     thirty (30) of my forty three (43) years of employment with US Airways.  For approximately

9     thirteen (13) years of my employment with US Airways, I worked as a Reservation Service

10    Agent or as a Customer Service Agent.  I began my employment with US Airways at Los

11    Angeles International Airport, in Los Angeles, California, but have worked at the San Diego

12    International Airport since approximately 1976.

13         3.      I understand that I am providing this statement in connection with a pending

14    lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents

15    who filed the lawsuit allege that US Airways Fleet Service Agents working in California should

16    receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service

17    Agents' regular rate of pay when more than 40 hours are worked in a workweek or 8 hours in a

18    day as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage

19    of personal cellular phones for work-related purposes.  It has been explained to me that if these

20    individuals are allowed to represent other Fleet Service Agents, I may be allowed to participate in

21    the lawsuit and may be awarded money if the case is successful.  US Airways' lawyers have told

22    me that they may use the facts I provide to defend US Airways in this litigation, and to defeat the

23    claims described to me.  Knowing all this, I indicated that I was willing to share my experiences

24    and declare to their truth in this document.

25         4.      As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving

26    and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and

27

28

DECLARATION OF HUBERT PATRICK STEWART

1   pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft,

2   positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts. I

3   work full-time and am paid on an hourly basis. US Airways establishes a weekly schedule that I

4   bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 8

5   hours per shift by US Airways. Occasionally, I voluntarily shift trade or shift swap with other

6   Fleet Service Agents. This means that either another Agent works one of the shifts US Airways

7   scheduled me to work or that I work a shift that US Airways scheduled another agent to work. As

8   a result, I may have worked more or less hours in a week than I was originally scheduled to work

9   by US Airways.

10       5.      As a Fleet Service Agent, my employment is governed by a collective bargaining

11   agreement between US Airways and my union. I am aware that the collective bargaining

12   agreement contains provisions governing shift trades, including the number of shifts that Fleet

13   Service Agents may drop per calendar quarter and that hours worked as a result of voluntary shift

14   trades will be paid at my regular rate of pay.

15       6.      In my experience, Managers are not involved in approving shift trades. Rather,

16   shift trades are effected through an electronic system called "Workbrain." Agents log-in to

17   Workbrain using a unique user name and password and either post shifts that they would like to

18   drop or sign-up to take shifts that others have indicated they wish to drop.

19       7.      I understand that when I trade shifts with a fellow employee using the Workbrain

20   system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

21   or to pick-up a shift US Airways had scheduled another employee to work. On the occasions that

22   I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift

23   trade.

24       8.      I have never been forced or pressured by US Airways in any way to work a shift

25   under the general shift-trades policies. It is entirely up to me whether I use the shift-trade process

26   to work more or less shifts than originally scheduled.

27

28

- 2 -

DECLARATION OF HUBERT PATRICK STEWART

9.     Being able to trade shifts with Fleet Service Agents is one of the greatest benefits of working at US Airways.  As an example of how it is such a benefit, several times per year, I use shift-trades to drop an entire week of my regularly scheduled shifts at a time in combination with taking one week of my vacation time.  This allows me to extend my vacations by an additional week.  As a result, I often take four two-week vacations per year, even though I am only entitled to four weeks of vacation per year.  I also use shift trades to drop shifts in order to spend time with family members when they visit San Diego.  In sum, shift-trades allow me greater flexibility to make my own schedule, but, overall, I do not work substantially more hours because of shift-trades.  If US Airways stopped allowing employees to trade shifts, I would be very upset.  I would consider retiring earlier than I currently plan to, because I would lose the control that I currently have over my schedule.  I am not aware of any other job that has so much flexibility.  I do not support a lawsuit that challenges the shift-trade policy.

10.     In my experience shift-trades are extremely popular among Fleet Service Agents. Many agents use trades to balance other employment or to create a flexible schedule for other, personal reasons, such as taking extended vacations or spending more time with family. Importantly, many part-time Fleet Service Agents use the shift-trade policy to earn additional income that otherwise would not be available to them by picking up additional shifts.  If the shift-trade policy were eliminated, I believe that morale amongst the Fleet Service Agents at the San Diego International Airport would be severely affected.

11.     Throughout my employment with US Airways, I have been provided a wage statement on a biweekly basis.

12.     On each wage statement, I understand the way my pay is calculated.  In addition to regularly reviewing my wage statement, I sometimes review my hours worked as recorded on Workbrain.  Over the years, on a few rare occasions, I have noticed a discrepancy on my wage statement.  In those instances, I have spoken to the appropriate Station personnel and the

- 3 -

DECLARATION OF HUBERT PATRICK STEWART

USAIR0001146

1  discrepancy has been promptly corrected.  As a result, I believe I have been paid accurately for all

2  hours worked.

3        13.  If I noticed any errors on my wage statement in the future, I would discuss these

4  with Lynn Silva, the Station Manager at San Diego International Airport.

5        14.  On occasion, I have worked overtime hours at US Airways' request, for example,

6  due to a flight delay that extended my scheduled shift.  When I worked more than 8 hours a day

7  or 40 hours in a week, all at US Airways' request, I was paid at the rate of time and a half for all

8  such hours worked.

9        15.  On occasion, I have incurred work-related expenses during my employment as a

10  Fleet Service Agent at US Airways.  For example, recently we had a company barbeque, but the

11  barbeque was out of propane.  As a I result, I used my personal funds to purchase the propane.

12  Afterwards, I spoke with Lynn Silva, the Station Manager at San Diego International Airport, and

13  was promptly reimbursed for the expense.

14        16.  I have never been forced or pressured in any way by US Airways to use my

15  personal cellular phone for work-related purposes while on the clock.  It is difficult to exceed the

16  minutes allowed by my personal cellular phone plan, and I cannot recall an occasion when I have

17  exceeded the minutes allowed under my plan.

18

19        I declare under penalty of perjury under the laws of the State of California that the

20  foregoing is true and correct.

21  **EXECUTED** this 26+h day of September, 2013 at San Diego County.

22

23

24

25  HUBERT PATRICK STEWART

26

27  - 4 -

28

DECLARATION OF HUBERT PATRICK STEWART

USAIR0001147

# EXHIBIT 63

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

# DECLARATION OF WILLIAM SWARTWOOD

I, William Swartwood, declare and state as follows:

1.      If called upon to testify, I could and would testify competently to the following facts that are within my personal knowledge.

2.      I am currently employed by US Airways, Inc. ("US Airways") at Sacramento International Airport as a Fleet Service Agent, and have held that position with US Airways or one of its corporate predecessors since 1994.  I previously worked at San Francisco International Airport from approximately 1990-1994 as a Fleet Service Agent, and have held that position with US Airways or its corporate predecessors.

3.      I understand that I am providing this statement in connection with a pending lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents who filed the lawsuit allege that US Airways Fleet Service Agents working in California should receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal cellular phones for work-related purposes.  It has been explained to me that if these individuals are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit and may be awarded money if the case is successful.  US Airways' lawyers have told me that they may use the facts I provide to defend US Airways in this litigation, and to defeat the claims described to me.  Knowing all this, I indicated that I was willing to share my experiences and declare to their truth in this document.

4.      As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft, positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts.  I work full-time and am paid on an hourly basis.  US Airways establishes a weekly schedule that I

DECLARATION OF WILLIAM SWARTWOOD

USAIR0001148

bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 8 hours per shift by US Airways. Almost every week, I voluntarily shift trade or shift swap with other Fleet Service Agents. This means that either another Agent works one of the shifts US Airways scheduled me to work or that I work a shift that US Airways scheduled another agent to work. As a result, I may have worked more or less hours in a week than I was originally scheduled to work by US Airways.

5.     As a Fleet Service Agent, my employment is governed by a collective bargaining agreement between US Airways and my union. I am aware that the collective bargaining agreement contains provisions governing shift trades, including restrictions on how far in advance shift trades must be submitted and that hours worked as a result of voluntary shift trades will be paid at my regular rate of pay.

6.     In my experience, managers are not involved in approving shift trades. Rather, shift trades are effected through an electronic system called "Workbrain." Agents log-in to Workbrain using a unique user name and password and either post shifts that they would like to drop or sign-up to take shifts that others have indicated they wish to drop.

7.     I understand that when I trade shifts with a fellow employee using the Workbrain system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work, or to pick-up a shift US Airways had scheduled another employee to work. On the occasions that I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift trade.

8.     I have never been forced or pressured by US Airways in any way to work a shift under the general shift-trades policies. It is entirely up to me whether I use the shift-trade process to work more or less shifts than originally scheduled.

9.     I like being able to trade shifts with Fleet Service Agents. In fact, the flexibility afforded by being able to trade shifts is extremely important to me. Trading shifts allows me to arrange my schedule in order to take care of my children, who I pick up from school daily while

- 2 -

DECLARATION OF WILLIAM SWARTWOOD

USAIR0001149

1  my wife is still at work, to tend to family emergencies, and to take time off to travel with my

2  family using the travel privileges provided to me by US Airways.  Shift-trades allow me greater

3  flexibility to make my own schedule, but, overall, I do not work substantially more hours because

4  of shift-trades.  In fact, I usually use the shift-trade policy to drop one or more of my regularly

5  scheduled shifts.  If US Airways stopped allowing employees to trade shifts, I would be very

6  upset.  I would have far less flexibility in my schedule and this would make it much more difficult

7  for me to care for my children and to maximize the time I spend with my family.  The shift trades

8  are a very important aspect of my job at US Airways.  I would probably have to leave my job as a

9  Fleet Service Agent if I could no longer trade shifts because I would no longer be able to arrange

10  my scheduled as needed to care for my children.  I do not support a lawsuit that challenges the

11  shift-trade policy.

12          10.      In my experience shift-trades are extremely popular among Fleet Service Agents.

13  Many agents use trades to create a flexible schedule for other, personal reasons, to travel using

14  the flight privileges afforded to them by US Airways, to shorten their workweek or for family or

15  personal reasons. I believe that if US Airways stopped allowing shift-trades that many Fleet

16  Service Agents would be upset by the loss of flexibility this job affords.

17          11.      Throughout my employment with US Airways, I have been provided a wage

18  statement on a biweekly basis.

19          12.      On each wage statement, I understand the way my pay is calculated.  I believe that

20  the information on my wage statements is an accurate reflection of the number of hours I worked.

21  I have not noticed any discrepancies or errors on my wage statements.

22          13.      If I noticed any errors on my wage statement, I would discuss these with Barbara

23  Clark, the Workbrain Timekeeper at Sacramento International Airport.

24          14.      On occasion, I have worked overtime hours at US Airways' request, for example,

25  due to a flight delay, to cover charter flights, or to cover if another Fleet Service Agent calls in

- 3 -

DECLARATION OF WILLIAM SWARTWOOD

USAIR0001150

1  sick.  When I worked more than 8 hours a day or 40 hours in a week, all at US Airways' request, I

2  was paid at the rate of time and a half for all such hours worked.

3         15.     I have not incurred any work-related expenses during my employment as a Fleet

4  Service Agent at US Airways.  If I did, I would not hesitate to submit an expense report to request

5  a reimbursement.

6         16.     I have never been forced or pressured in any way by US Airways to use my

7  personal cellular phone for work-related purposes while on the clock.  There are company phones

8  throughout my work area, which I can use as needed.  Moreover, US Airways prohibits use of

9  cellular phones on the ramp.

10         17.     I have an unlimited cell phone plan and it is therefore difficult, if not impossible,

11  to exceed the minutes allowed by my personal cellular phone plan, and I cannot recall an occasion

12  when I have exceeded the minutes allowed under my plan.

13

14         I declare under penalty of perjury under the laws of the State of California that the

15  foregoing is true and correct.

16

17

18  **EXECUTED** this ___19___ day of ___September___ at Sacramento County.

19

20

21                                                          _____

22                                                          WILLIAM SWARTWOOD

23

24

25

26

27                                          - 4 -

28

DECLARATION OF WILLIAM SWARTWOOD

USAIR0001151

# EXHIBIT 64

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

## DECLARATION OF JOSE PINEDA TABOADA

I, Jose Pineda Taboada, declare and state as follows:

1.     If called upon to testify, I could and would testify competently to the following facts that are within my personal knowledge.

2.     I am currently employed by US Airways, Inc. ("US Airways") at San Diego International Airport as a Lead Fleet Service Agent, and have held that position with US Airways or one of its corporate predecessors since approximately 2008. Prior to that, I worked as a Fleet Service Agent for US Airways or one of its corporate predecessors at San Diego International Airport beginning in 2004.

3.     I understand that I am providing this statement in connection with a pending lawsuit that was filed by former Fleet Service Agents at US Airways. I understand that the agents who filed the lawsuit allege that US Airways Fleet Service Agents working in California should receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service Agents' regular rate of pay when more than 40 hours are worked in a workweek or more than eight hours in a day as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal cellular phones for work-related purposes. It has been explained to me that if these individuals are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit and may be awarded money if the case is successful. US Airways' lawyers have told me that they may use the facts I provide to defend US Airways in this litigation, and to defeat the claims described to me. Knowing all this, I indicated that I was willing to share my experiences and declare to their truth in this document.

4.     As a Lead Fleet Service Agent, I am responsible for training and overseeing teams of Fleet Service Agents and for moving baggage and cargo, driving and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft, positioning luggage carts around the ramp, and driving tugs towing baggage carts. I work full-time and am paid on an

DECLARATION OF JOSE PINEDA TABOADA

1  hourly basis.  US Airways establishes a weekly schedule that I bid for and I typically bid and

2  obtain a morning shift schedule.  About three times a week, I voluntarily shift trade or shift swap

3  with other Lead or Lead-qualified Fleet Service Agents or Lead-qualified Fleet Service Agents.

4  This means that either another Agent works one of the shifts US Airways scheduled me to work

5  or that I work a shift that US Airways scheduled another agent to work.  As a result, I may have

6  worked more or less hours in a week than I was originally scheduled to work by US Airways.

7      5.      As a Lead Fleet Service Agent, my employment is governed by a collective

8  bargaining agreement between US Airways and my union.  Though I am not very familiar with

9  the provisions of the collective bargaining agreement, I am aware of the rule that hours worked as

10  a result of voluntary shift trades will be paid at my regular rate of pay.

11      6.      Based on my experience, managers are generally not involved in approving shift

12  trades.  Rather, shift trades are done through an electronic system called "Workbrain."  Agents

13  log-in to Workbrain using a unique user name and password and either post shifts that they would

14  like to drop or sign-up to take shifts that others have indicated they wish to drop.

15      7.      I understand that when I trade shifts with a fellow employee using the Workbrain

16  system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

17  or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that

18  I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift

19  trade.

20      8.      I have never been forced or pressured by US Airways in any way to work a shift

21  under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process

22  to work more or less shifts than originally scheduled.

23      9.      Being able to trade shifts with Lead Fleet Service Agents is extremely important to

24  me. I use shift trades to coordinate my schedule at my job with US Airways with my schedule at

25  my second job for a local school district, where I work as a Paraprofessional with special needs

26  students.  Because my regularly-scheduled shifts at US Airways are in the morning, I drop these

27

28

- 2 -

DECLARATION OF JOSE PINEDA TABOADA

USAIR0001153

1  shifts several times per week so that I can work my other job as a Paraprofessional. To make up

2  these hours, I will use shift trades to pick-up shifts in the evening during the week. In addition,

3  shift-trades allow me greater flexibility to drop some of my regularly scheduled shifts so that I

4  can spend time with my family and travel all over the world to places like Italy and Spain, where

5  I vacationed this past summer. Overall, I do not work substantially more hours because of shift-

6  trades. If US Airways stopped allowing employees to trade shifts, I would be very upset, because

7  I would have far less flexibility in my schedule. I would have to bid for an evening shift schedule

8  in order to accommodate my job as a Paraprofessional, which, because of my seniority level at

9  US Airways, would require me to work evening shifts on the weekends. Weekend evenings are

10  among the few times I have available during the week to spend with my family, and this time

11  together is very important to me. I do not support a lawsuit that challenges the shift-trade policy.

12       10.     In my experience shift-trades are very popular among Fleet Service Agents. Many

13  agents use trades to balance other employment or to create a flexible schedule for other, personal

14  reasons, such as taking extended vacations or spending more time with family. In my experience,

15  Fleet Service Agents particularly enjoy the shift trade policy, because it allows them to take

16  advantage of the travel privileges that are afforded to us by US Airways. If US Airways stopped

17  allowing employees to trade shifts, I think that many Fleet Service Agents would be very upset.

18       11.     Throughout my employment with US Airways, I have been provided a wage

19  statement on a biweekly basis. On each wage statement, I understand the way my pay is

20  calculated. In addition, I am able to review my hours worked as recorded on Workbrain, which I

21  do regularly.

22       12.     A couple of times, I noticed on Workbrain that I forgot to clock-in when I began

23  work which resulted in a discrepancy in the number of hours that I worked and my hours as

24  recorded in Workbrain. In those instances, completed and submitted an exception report and this

25  error was promptly corrected. As a result, I believe that the information on my wage statements

26  is an accurate reflection of the number of hours I have worked.

27

28

- 3 -

DECLARATION OF JOSE PINEDA TABOADA

USAIR0001154

13.   If I noticed any errors on my wage statement, I would discuss these with Kyle Benton, the Shift Manager at San Diego International Airport.

14.   I have never been forced or pressured in any way by US Airways to use my personal cellular phone for work-related purposes while on the clock, nor have I incurred any work-related expenses during my employment as a Fleet Service Agent at US Airways.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**EXECUTED** this _26_ day of September, 2013 at San Diego County.

JOSE PINEDA TABOADA

- 4 -

DECLARATION OF JOSE PINEDA TABOADA

USAIR0001155

# EXHIBIT 65

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

## <u>DECLARATION OF RICKY TOWNSENED</u>

I, Ricky Townsened, declare and state as follows:

1.      If called upon to testify, I could and would testify competently to the following facts that are within my personal knowledge.

2.      I am currently employed by US Airways, Inc. ("US Airways") at San Francisco International Airport as a full-time Lead Fleet Service Agent and have held that position with US Airways since 2011.  I held the position of Fleet Service Agent with US Airways or its corporate predecessors from 1986 to 2011.  From 1986-1987, I worked out of Pasco Airport, in Washington.  From 1989-2011, I worked as a Fleet Service Agent part-time.

3.      I understand that I am providing this statement in connection with a pending lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents who filed the lawsuit allege that US Airways Fleet Service Agents working in California should receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal cellular phones for work-related purposes.  It has been explained to me that if these individuals are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit and may be awarded money if the case is successful.  US Airways' lawyers have told me that they may use the facts I provide to defend US Airways in this litigation, and to defeat the claims described to me.  Knowing all this, I indicated that I was willing to share my experiences and declare to their truth in this document.

4.      As a Lead Fleet Service Agent, I am responsible for training and overseeing teams of Fleet Service Agents, scanning and moving baggage and cargo, driving and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and pushback of aircraft from gates, break-riding aircraft while being towed, servicing aircraft lavatories and water ports, cleaning aircraft, positioning beverage and luggage carts around the ramp, and driving tugs

USAIR0001156

towing baggage carts.  I am paid on an hourly basis.  US Airways establishes a weekly schedule that I bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 8 hours per shift by US Airways.  On occasion, I voluntarily shift trade or shift swap with other Fleet Service Agents.  This means that either another Agent works one of the shifts US Airways scheduled me to work or that I work a shift that US Airways scheduled another agent to work.  As a result, I may have worked more or less hours in a week than I was originally scheduled to work by US Airways.

5.      Managers are not involved in approving shift trades.  Rather, shift trades are effected through an electronic system called "Workbrain."  Agents log-in to Workbrain using a unique user name and password and either post shifts that they would like to drop or sign-up to take shifts that others have indicated they wish to drop.

6.      I understand that when I trade shifts with a fellow employee using the Workbrain system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work, or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift trade.

7.      As a Fleet Service Agent, my employment is governed by a collective bargaining agreement between US Airways and my union.  I am aware that the collective bargaining agreement contains provisions governing shift trades, including hours worked as a result of voluntary shift trades will be paid at my regular rate of pay and the number of regularly scheduled shifts that can be dropped through shift trades per calendar quarter.

8.      I have never been forced or pressured by US Airways in any way to work a shift under the general shift-trade policies.  It is entirely up to me whether I use the shift-trade process to work more or less shifts than originally scheduled.

9.      I like being able to trade shifts with Fleet Service Agents.  Trading shifts allows me to take more time off for vacations and to spend with my family.  Previously, when I worked

- 2 -

DECLARATION OF RICKY TOWNSENED

USAIR0001157

1   as Fleet Service Agent, shift trades allowed me to regularly drop shifts, which in turn allowed me

2   to balance other employment, including my own business.  Shift-trades allow me greater

3   flexibility to make my own schedule, but, overall, I do not work substantially more hours because

4   of shift-trades.  If US Airways stopped allowing employees to trade shifts, I would be very

5   disappointed as this would greatly restrict my ability to make my own schedule, which is very

6   important to me.  I do not support a lawsuit that challenges the shift-trade policy.

7         10.    In my experience shift-trades extremely popular among Fleet Service Agents.

8   Many agents use trades to balance other employment or to create a flexible schedule for other,

9   personal reasons, such as visiting family, traveling abroad, scheduling extended vacations, and

10  caring for family members.

11        11.    On occasion, I have worked overtime hours at US Airways' request, for example,

12  due to a flight delay that extended my scheduled shift, or to cover the regularly scheduled shift of

13  another agent out sick or on vacation.  When I worked more than 8 hours a day or 40 hours in a

14  week, all at US Airways' request, I was paid at the rate of time and a half for all such hours

15  worked.

16        12.    I have not incurred any work-related expenses during my employment as a Fleet

17  Service Agent at US Airways.

18        13.    I have never been forced or pressured in any way by US Airways to use my

19  personal cellular phone for work-related purposes while on the clock.

20        14.    It is difficult to exceed the minutes allowed by my personal cellular phone plan,

21  and I cannot recall an occasion when I have exceeded the minutes allowed under my plan.

22

23        I declare under penalty of perjury under the laws of the State of California that the

24  foregoing is true and correct.

25

26

27               - 3 -

28

DECLARATION OF RICKY TOWNSENED

USAIR0001158

1  |  **EXECUTED** this _8th_ day of _AUGUST_ at _SAN MATEO COUNTY_

2

3

4  |  _____

5  |  RICKY TOWNSENED

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  |  - 4 -

28

DECLARATION OF RICKY TOWNSENED

USAIR0001159

# EXHIBIT 66

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

1          **DECLARATION OF HORATIO URIBE**

2                  I, Horatio Uribe, declare and state as follows:

3          1.      If called upon to testify, I could and would testify competently to the following

4    facts that are within my personal knowledge.

5          2.      I am currently employed by US Airways, Inc. ("US Airways") at San Francisco

6    International Airport as a Fleet Service Agent, and have held that position with US Airways or its

7    corporate predecessors since 2004.

8          3.      I understand that I am providing this statement in connection with a pending

9    lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents

10   who filed the lawsuit allege that US Airways Fleet Service Agents working in California should

11   receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service

12   Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of

13   voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal

14   cellular phones for work-related purposes.  It has been explained to me that if these individuals

15   are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit

16   and may be awarded money if the case is successful.  US Airways' lawyers have told me that they

17   may use the facts I provide to defend US Airways in this litigation, and to defeat the claims

18   described to me.  Knowing all this, I indicated that I was willing to share my experiences and

19   declare to their truth in this document.

20         4.      As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving

21   and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and

22   pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft,

23   positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts.  I

24   currently work full-time and am paid on an hourly basis.  US Airways establishes a weekly

25   schedule that I bid for, and pursuant to this process I am typically scheduled to work 5 days per

26   week and 8 hours per shift by US Airways.  I previously worked part-time as a Fleet Service

27

28   
___

DECLARATION OF HORATIO URIBE

USAIR0001160

1  Agent, paid on an hourly basis, and was typically scheduled to work 5 days per week and 6 hours

2  per shift by US Airways.  Frequently, when I was part-time, I voluntarily shift traded or shift

3  swapped with other Fleet Service Agents. Now that I am full-time, I shift trade less often but still

4  shift trade on occasion.  To "shift trade" means that either another Agent works one of the shifts

5  US Airways scheduled me to work or that I work a shift that US Airways scheduled another agent

6  to work.  As a result, I may have worked more or less hours in a week than I was originally

7  scheduled to work by US Airways.

8       5.     As a Fleet Service Agent, my employment is governed by a collective bargaining

9  agreement between US Airways and my union.  I am aware that the collective bargaining

10  agreement contains provisions governing shift trades, including restrictions on how far in advance

11  shift trades must be submitted and that hours worked as a result of voluntary shift trades will be

12  paid at my regular rate of pay.

13       6.     Managers are not involved in approving shift trades.  Rather, shift trades are

14  effected through an electronic system called "Workbrain."  Agents log-in to Workbrain using a

15  unique user name and password and either post shifts that they would like to drop or sign-up to

16  take shifts that others have indicated they wish to drop.

17       7.     I understand that when I trade shifts with a fellow employee using the Workbrain

18  system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

19  or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that

20  I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift

21  trade.

22       8.     I have never been forced or pressured by US Airways in any way to work a shift

23  under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process

24  to work more or less shifts than originally scheduled.

25       9.     I like being able to trade shifts with Fleet Service Agents.  Trading shifts allows

26  me to spend more time on personal pursuits, such as traveling and enjoying a day off.  When I

27

28

- 2 -

DECLARATION OF HORATIO URIBE

USAIR0001161

1  worked part-time, shift trades allowed me to earn additional money by voluntarily picking up

2  extra hours.  Shift-trades allow me greater flexibility to make my own schedule, but, overall, now

3  that I work full-time, I do not work substantially more hours because of shift-trades.  Being able

4  to take a day off here and there is important to me, and a very attractive aspect of my job.   Shift

5  trades also allow me greater flexibility to travel using the flight privileges afforded to me by US

6  Airways, which is another attractive aspect of my employment as a US Airways Fleet Service

7  Agent.  If US Airways stopped allowing employees to trade shifts, I would have far less

8  flexibility in my schedule and this would make it much more difficult for me to travel and to

9  schedule days off.  I would be upset if shift-trades were eliminated.  I do not support a lawsuit

10  that challenges the shift-trade policy.

11          10.     In my experience shift-trades are very popular among Fleet Service Agents.  Many

12  agents use trades to balance other employment or to create a flexible schedule for other, personal

13  reasons, such as to make additional income.  I believe the Fleet Service Agents would be very

14  upset of shift trades were eliminated, and I believe it would be difficult for some Fleet Service

15  Agents to keep their jobs if shift trades were eliminated.

16          11.     Throughout my employment with US Airways, I have been provided a wage

17  statement on a biweekly basis.

18          12.     On each wage statement, I understand the way my pay is calculated.  I believe that

19  the information on my wage statements is an accurate reflection of the number of hours I worked.

20  I have not noticed any discrepancies or errors on my wage statements.

21          13.     If I noticed any errors on my wage statement, I would discuss these with Nathalie

22  Obregon, the Workbrain Timekeeper at San Francisco International Airport.  I am able to review

23  the number of hours I have worked on Workbrain in advance of receiving my pay and I review

24  my hours regularly on Workbrain to ensure that my hours are accurately recorded.

25          14.     On occasion, I have worked overtime hours at US Airways' request, for example,

26  due to added flights or other Fleet Service Agents' absence due to sickness or vacation.  When I

27

28

- 3 -

DECLARATION OF HORATIO URIBE

USAIR0001162

1   worked more than 8 hours a day or 40 hours in a week, all at US Airways' request, I was paid at

2   the rate of time and a half for all such hours worked.

3         15.    I have not incurred any work-related expenses during my employment as a Fleet

4   Service Agent at US Airways.

5         16.    It is difficult to exceed the minutes allowed by my personal cellular phone plan,

6   and I cannot recall an occasion when I have exceeded the minutes allowed under my plan.

7

8         I declare under penalty of perjury under the laws of the State of California that the

9   foregoing is true and correct.

10

11

12   **EXECUTED** this _3_ day of _Stemeper_ at _San Mateo County_

13

14

15

16                          HORATIO URIBE

17

18

19

20

21

22

23

24

25

26

27                    - 4 -

28

DECLARATION OF HORATIO URIBE

USAIR0001163

EXHIBIT 67

KOHSWEENEY DECLARATION IN
SUPPORT OF MOTION TO DENY
CLASS CERTIFICATION

## DECLARATION OF ONEHUNGA VAIOMOUNGA

I, Onehunga Vaiomounga, declare and state as follows:

1.      If called upon to testify, I could and would testify competently to the following facts that are within my personal knowledge.

2.      I am currently employed by US Airways, Inc. ("US Airways") at San Jose International Airport as a Fleet Service Agent, and have held that position with US Airways or its corporate predecessors since 1999.  I previously worked at Los Angeles International Airport as a Fleet Service Agent from 1999 - 2003 and at San Francisco International Airport from 2003 to 2005.

3.      I understand that I am providing this statement in connection with a pending lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents who filed the lawsuit allege that US Airways Fleet Service Agents working in California should receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal cellular phones for work-related purposes.  It has been explained to me that if these individuals are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit and may be awarded money if the case is successful.  US Airways' lawyers have told me that they may use the facts I provide to defend US Airways in this litigation, and to defeat the claims described to me.  Knowing all this, I indicated that I was willing to share my experiences and declare to their truth in this document.

4.      As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft, positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts.  I work full-time and am paid on an hourly basis.  US Airways establishes a weekly schedule that I

DECLARATION OF ONEHUNGA VAIOMOUNGA

USAIR0001164

1  greater flexibility to make my own schedule.  If US Airways stopped allowing employees to trade

2  shifts, I would have far less flexibility in my schedule and this would make it much more difficult

3  for me to visit my family.  I do not support a lawsuit that challenges the shift-trade policy.

4          10.      In my experience shift-trades are extremely popular among Fleet Service Agents.

5  Many agents use trades to balance other employment or to create a flexible schedule for other,

6  personal reasons, such as taking extended vacations or spending more time with family.

7          11.      Throughout my employment with US Airways, I have been provided a printed

8  wage statement on a biweekly basis.

9          12.      On each wage statement, I understand the way my pay is calculated.  I believe that

10  the information on my wage statements is an accurate reflection of the number of hours I worked.

11  I have not noticed any discrepancies or errors on my wage statements.

12          13.      If I noticed any errors on my wage statement, I would discuss these with Tammy

13  Andersen, the Workbrain Timekeeper at San Jose International Airport.

14          14.      On occasion, I have worked overtime hours at US Airways' request, for example,

15  due to a flight delay that extended my scheduled shift or due to a re-routed flight that arrived

16  outside of my scheduled shift.  When I worked more than 8 hours a day or 40 hours in a week, all

17  at US Airways' request, I was paid at the rate of time and a half for all such hours worked.

18          15.      I have not incurred any work-related expenses during my employment as a Fleet

19  Service Agent at US Airways.

20          16.      I have never been forced or pressured in any way by US Airways to use my

21  personal cellular phone for work-related purposes while on the clock.  There are no occasions

22  where I would need to use my personal cellular phone for work-related purposes while on the

23  clock.  I have never used my personal cellular phone for work-related purposes while on the

24  clock.

25

26

27                                            - 3 -

28

DECLARATION OF ONEHUNGA VAIOMOUNGA

USAIR0001165

1  bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 8

2  hours per shift by US Airways.  Often, I voluntarily shift trade or shift swap with other Fleet

3  Service Agents.  This means that either another Agent works one of the shifts US Airways

4  scheduled me to work or that I work a shift that US Airways scheduled another agent to work.  As

5  a result, I may have worked more or less hours in a week than I was originally scheduled to work

6  by US Airways.

7        5.        As a Fleet Service Agent, my employment is governed by a collective bargaining

8  agreement between US Airways and my union.  I am aware that the collective bargaining

9  agreement contains provisions governing shift trades, including restrictions on how far in advance

10  shift trades must be submitted and that hours worked as a result of voluntary shift trades will be

11  paid at my regular rate of pay.

12        6.        Managers are not involved in approving shift trades.  Rather, shift trades are

13  effected through an electronic system called "Workbrain."  Agents log-in to Workbrain using a

14  unique user name and password and either post shifts that they would like to drop or sign-up to

15  take shifts that others have indicated they wish to drop.

16        7.        I understand that when I trade shifts with a fellow employee using the Workbrain

17  system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

18  or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that

19  I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift

20  trade.

21        8.        I have never been forced or pressured by US Airways in any way to work a shift

22  under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process

23  to work more or less shifts than originally scheduled.

24        9.        I like being able to trade shifts with Fleet Service Agents.  Trading shifts allows

25  me to take more frequent vacations to visit my family in Tonga because I am able to arrange my

26  schedule so that I have an extended number of days off for such visits.  Shift-trades allow me

27                                                    - 2 -

28  

DECLARATION OF ONEHUNGA VAIOMOUNGA

USAIR0001166

1    I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct.

3

4

5    **EXECUTED** this _7_ day of _august_ at _SAN JOSE_ .

6

7

8                                              _Vaiomounga_

9                                        ONEHUNGA VAIOMOUNGA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                     - 4 -

28

DECLARATION OF ONEHUNGA VAIOMOUNGA

USAIR0001167

EXHIBIT 68

KOHSWEENEY DECLARATION IN
SUPPORT OF MOTION TO DENY
CLASS CERTIFICATION

## **DECLARATION OF PETER VENTURINI**

I, Peter Venturini, declare and state as follows:

1.      If called upon to testify, I could and would testify competently to the following facts that are within my personal knowledge.

2.      I am currently employed by US Airways, Inc. ("US Airways") at San Francisco International Airport as a Fleet Service Agent, and have held that position with US Airways or one of its corporate predecessors since 1978.

3.      I understand that I am providing this statement in connection with a pending lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents who filed the lawsuit allege that US Airways Fleet Service Agents working in California should receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal cellular phones for work-related purposes.  It has been explained to me that if these individuals are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit and may be awarded money if the case is successful.  US Airways' lawyers have told me that they may use the facts I provide to defend US Airways in this litigation, and to defeat the claims described to me.  Knowing all this, I indicated that I was willing to share my experiences and declare to their truth in this document.

4.      As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft, positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts.  I work full-time and am paid on an hourly basis.  US Airways establishes a weekly schedule that I bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 8 hours per shift by US Airways.  Occasionally, I voluntarily shift trade or shift swap with other

DECLARATION OF PETER VENTURINI

1   Fleet Service Agents. This means that either another Agent works one of the shifts US Airways

2   scheduled me to work or that I work a shift that US Airways scheduled another agent to work. As

3   a result, I may have worked more or less hours in a week than I was originally scheduled to work

4   by US Airways.

5        5.    As a Fleet Service Agent, my employment is governed by a collective bargaining

6   agreement between US Airways and my union. I am aware that the collective bargaining

7   agreement contains provisions governing shift trades, including restrictions on how far in advance

8   shift trades must be submitted and that hours worked as a result of voluntary shift trades will be

9   paid at my regular rate of pay.

10        6.    Shift trades are effected through an electronic system called "Workbrain." Agents

11   log-in to Workbrain using a unique user name and password and either post shifts that they would

12   like to drop or sign-up to take shifts that others have indicated they wish to drop. Workbrain

13   automatically approves or denies shift trade requests according to pre-determined rules, without

14   management review.

15        7.    I understand that when I trade shifts with a fellow employee using the Workbrain

16   system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

17   or to pick-up a shift US Airways had scheduled another employee to work. On the occasions that

18   I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift

19   trade.

20        8.    I have never been forced or pressured by US Airways in any way to work a shift

21   under the general shift-trades policies. It is entirely up to me whether I use the shift-trade process

22   to work more or less shifts than originally scheduled.

23        9.    I like being able to trade shifts with Fleet Service Agents. Trading shifts allows

24   me to work fewer hours according my personal schedule and to reduce my overall workload..

25   Shift-trades allow me greater flexibility to make my own schedule, but, overall, I do not work

26   substantially more hours because of shift-trades. If US Airways stopped allowing employees to

27

                                     - 2 -

28

DECLARATION OF PETER VENTURINI

1   trade shifts, I would have far less flexibility in my schedule and would be unable to reduce my

2   workload, which is increasingly important to me after thirty five (35) years of service. I do not

3   support a lawsuit that challenges the shift-trade policy.

4          10.    Throughout my employment with US Airways, I have been provided a wage

5   statement on a biweekly basis.

6          11.    On each wage statement, I understand the way my pay is calculated. I believe that

7   the information on my wage statements is an accurate reflection of the number of hours I worked.

8   I have not noticed any discrepancies or errors on my wage statements.

9          12.    If I noticed any errors on my wage statement, I would discuss these with Nathalie

10   Obregon, the Workbrain Timekeeper at San Francisco International Airport or Sherry Hoy, the

11   Station Coordinator at San Francisco International Airport.

12          13.    On occasion, I have worked overtime hours at US Airways' request, for example,

13   due to a flight delay that extended my scheduled shift or to provide coverage when other Fleet

14   Service Agents are sick or on vacation. When I worked more than 8 hours a day or 40 hours in a

15   week, all at US Airways' request, I was paid at the rate of time and a half for all such hours

16   worked.

17          14.    I have never incurred any work-related expenses during my employment as a Fleet

18   Service Agent at US Airways, though I am aware that I am able to submit an expense report if I

19   were to incur work-related expenses.

20          15.    US Airways has strictly prohibited Fleet Service Agents from using their personal

21   cellphones while "on the ramp."

22          16.    I have never been forced or pressured in any way to use my personal cellular

23   phone for work-related purposes while on the clock. There are no occasions where I would need

24   to use my personal cellular phone for work-related purposes while on the clock.

25          17.    It is difficult to exceed the minutes allowed by my personal cellular phone plan,

26   and I cannot recall an occasion when I have exceeded the minutes allowed under my plan.

27

28

- 3 -

DECLARATION OF PETER VENTURINI

USAIR0001170

1

2          I declare under penalty of perjury under the laws of the State of California that the

3    foregoing is true and correct.

4

5

6    **EXECUTED** this _3ʳᵈ_ day of _September_      at _SAN MATEO, COUNTY_

7

8

9

10                                                                PETER VENTURINI

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          - 4 -

28

DECLARATION OF PETER VENTURINI

USAIR0001171

# EXHIBIT 69

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

1
## DECLARATION OF DONNELL WOOLFOLK

2
I, Donnell Woolfolk, declare and state as follows:

3
1.      If called upon to testify, I could and would testify competently to the following

4
facts that are within my personal knowledge.

5
2.      I am currently employed by US Airways, Inc. ("US Airways") at Los Angeles

6
International Airport as a Fleet Service Agent, and have held that position with US Airways or

7
one of its corporate predecessors since 2005.

8
3.      I understand that I am providing this statement in connection with a pending

9
lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents

10
who filed the lawsuit allege that US Airways Fleet Service Agents working in California should

11
receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service

12
Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of

13
voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal

14
cellular phones for work-related purposes.  It has been explained to me that if these individuals

15
are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit

16
and may be awarded money if the case is successful.  US Airways' lawyers have told me that they

17
may use the facts I provide to defend US Airways in this litigation, and to defeat the claims

18
described to me.  Knowing all this, I indicated that I was willing to share my experiences and

19
declare to their truth in this document.

20
4.      As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving

21
and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and

22
pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft,

23
positioning luggage carts around the ramp, and driving tugs towing baggage carts.  I work part-

24
time and am paid on an hourly basis.  US Airways establishes a weekly schedule that I bid for,

25
and pursuant to this process I am typically scheduled to work five (5) days per week and four (4)

26
hours per shift by US Airways.  Weekly, I voluntarily shift trade or shift swap with other Fleet

27

28

DECLARATION OF DONNELL WOOLFOLK

USAIR0001176

1  Service Agents.  This means that either another Agent works one of the shifts US Airways

2  scheduled me to work or that I work a shift that US Airways scheduled another agent to work.  As

3  a result, I may have worked more or less hours in a week than I was originally scheduled to work

4  by US Airways.

5       5.    As a Fleet Service Agent, my employment is governed by a collective bargaining

6  agreement between US Airways and my union.  I am aware that the collective bargaining

7  agreement contains provisions governing shift trades, including that hours worked as a result of

8  voluntary shift trades will be paid at my regular rate of pay.

9       6.    Managers generally are not involved in approving shift trades.  Rather, shift trades

10  are effected through an electronic system called "Workbrain."  Agents log-in to Workbrain using

11  a unique user name and password and either post shifts that they would like to drop or sign-up to

12  take shifts that others have indicated they wish to drop.  On extremely rare occasions,

13  management may approve a shift trade rejected by Workbrain.

14       7.    I understand that when I trade shifts with a fellow employee using the Workbrain

15  system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

16  or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that

17  I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift

18  trade.

19       8.    I have never been forced or pressured by US Airways in any way to work a shift

20  under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process

21  to work more or less shifts than originally scheduled.

22       9.    I love being able to trade shifts with Fleet Service Agents.  Trading shifts allows

23  me to spend more time on personal matters, such as extending vacations, visiting my family out

24  of town, and attending to family emergencies.  I also use shift-trades to pick-up additional shifts

25  to earn additional income and to accommodate my schedule at my second job outside of US

26  Airways.  Shift-trades allow me greater flexibility to make my own schedule.  If US Airways

27

28

- 2 -

DECLARATION OF DONNELL WOOLFOLK

USAIR0001177

stopped allowing employees to trade shifts, I would be very upset because I would have far less flexibility in my schedule and this would make it much more difficult for me to work my second job or visit my family.  I do not support a lawsuit that challenges the shift-trade policy.

10.     In my experience shift-trades are very popular among Fleet Service Agents.  Many agents use trades to balance other employment or to create a flexible schedule for other, personal reasons, such as taking care of children, family emergencies, extending vacations or spending more time with family.  Change in the current shift-trade policy would be traumatic for Fleet Service Agents as a group.

11.     Throughout my employment with US Airways, I have been provided a wage statement on a biweekly basis.

12.     On each wage statement, I understand the way my pay is calculated.  I believe that the information on my wage statements is an accurate reflection of the number of hours I worked. On a couple of occasions, I've noticed errors on my wage statement.  When I do, I contact Paul Colbert, the Workbrain Timekeeper at Los Angeles International Airport, who promptly corrects the error and I am paid for all hours worked.

13.     If I notice any errors on my wage statement in the future, I would again discuss these with Paul Colbert.

14.     On occasion, I have worked overtime hours at US Airways' request, for example, due to a flight delay that extended my scheduled shift, increased air traffic as a result of the holidays.  When I worked more than 8 hours a day or 40 hours in a week, all at US Airways' request, I was paid at the rate of time and a half for all such hours worked.

15.     I have not incurred any work-related expenses during my employment as a Fleet Service Agent at US Airways.  And if I did, I would contact Paul Colbert to be reimbursed.

16.     I have never been forced or pressured in any way by US Airways to use my personal cellular phone for work-related purposes while on the clock.  There are no occasions where I would need to use my personal cellular phone for work-related purposes while on the

- 3 -

DECLARATION OF DONNELL WOOLFOLK

USAIR0001178

1   clock.  I have never used my personal cellular phone for work-related purposes while on the

2   clock.

3

4       I declare under penalty of perjury under the laws of the State of California that the

5   foregoing is true and correct.

6

7

8   **EXECUTED** this ____9____ day of ____Sept_____ at Los Angeles County.

9

10

11

12                                          DONNELL WOOLFOLK

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                              - 4 -

28

DECLARATION OF DONNELL WOOLFOLK

USAIR0001179

# EXHIBIT 70

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

## DECLARATION OF JASON VISITACION

I, Jason Visitacion, declare and state as follows:

1.      If called upon to testify, I could and would testify competently to the following facts that are within my personal knowledge.

2.      I am currently employed by US Airways, Inc. ("US Airways") at San Jose International Airport as a Fleet Service Agent, and have held that position with US Airways or its corporate predecessors since 2003.

3.      I understand that I am providing this statement in connection with a pending lawsuit that was filed by former Fleet Service Agents at US Airways. I understand that the agents who filed the lawsuit allege that US Airways Fleet Service Agents working in California should receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service Agents' regular rate of pay when more than 40 hours are worked in a workweek, or more than 8 hours are worked in a workday, as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal cellular phones for work-related purposes. It has been explained to me that if these individuals are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit and may be awarded money if the case is successful. US Airways' lawyers have told me that they may use the facts I provide to defend US Airways in this litigation, and to defeat the claims described to me. Knowing all this, I indicated that I was willing to share my experiences and declare to their truth in this document.

4.      As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft, positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts. I work full-time and am paid on an hourly basis. US Airways establishes a weekly schedule that I bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 8 hours per shift by US Airways. Most weeks, I voluntarily shift trade or shift swap with other

DECLARATION OF JASON VISITACION

1   Fleet Service Agents.  This means that either another Agent works one of the shifts US Airways

2   scheduled me to work or that I work a shift that US Airways scheduled another agent to work.  As

3   a result, I may have worked more or less hours in a week than I was originally scheduled to work

4   by US Airways.

5         5.     As a Fleet Service Agent, my employment is governed by a collective bargaining

6   agreement between US Airways and my union.  I am aware that the collective bargaining

7   agreement contains provisions governing shift trades, including that hours worked as a result of

8   voluntary shift trades will be paid at my regular rate of pay.

9         6.     In my experience, managers are not involved in approving shift trades.  Rather,

10  shift trades are effected through an electronic system called "Workbrain."  Agents log-in to

11  Workbrain using a unique user name and password and either post shifts that they would like to

12  drop or sign-up to take shifts that others have indicated they wish to drop.

13        7.     I understand that when I trade shifts with a fellow employee using the Workbrain

14  system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

15  or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that

16  I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift

17  trade.

18        8.     I have never been forced or pressured by US Airways in any way to work a shift

19  under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process

20  to work more or less shifts than originally scheduled.

21        9.     I like being able to trade shifts with Fleet Service Agents.  Trading shifts allows

22  me to drop some of my regularly scheduled shifts in order to travel by using the flight privileges

23  afforded to me by US Airways.  I have family in Hawaii and Chicago and am able to visit them

24  more often and for longer periods of time than I otherwise would because of shift-trades.  In

25  addition, I am regularly scheduled to work on weekends and will typically drop at least one of my

26  scheduled weekend shifts in order to spend time with my wife, who gets weekends off and works

27                         - 2 -

28

DECLARATION OF JASON VISITACION

USAIR0001173

1  during the week.  Shift-trades allow me greater flexibility to make my own schedule, but, overall,

2  I do not work substantially more hours because of shift-trades.  If US Airways stopped allowing

3  employees to trade shifts, I would be very disappointed.  I would have far less flexibility in my

4  schedule and this would make it much more difficult for me to spend time with my wife and with

5  my extended family, who live out of state.  It would make this job far less desirable because I

6  greatly enjoy the flexibility and the ability to travel.  I do not support a lawsuit that challenges the

7  shift-trade policy.

8        10.     In my experience shift-trades are very popular among Fleet Service Agents.  Many

9  agents use trades to balance other employment or, like me, to drop shifts to take extended and

10  more frequent vacations and to spend more time with family.

11        11.     Throughout my employment with US Airways, I have been provided a wage

12  statement on a biweekly basis.

13        12.     On each wage statement, I understand the way my pay is calculated.  I believe that

14  the information on my wage statements is an accurate reflection of the number of hours I worked.

15  I have not noticed any discrepancies or errors on my wage statements and believe that I have been

16  accurately paid for all time worked.

17        13.     If I noticed any errors on my wage statement or had any questions about my pay in

18  the future, I would discuss these with Tammy Andersen, the Workbrain Timekeeper at San Jose

19  International Airport.

20        14.     On occasion, I have worked overtime hours at US Airways' request, for example,

21  due to a flight delay that extended my scheduled shift.  When I worked more than 8 hours a day

22  or 40 hours in a week, all at US Airways' request, I was paid at the rate of time and a half for all

23  such hours worked.

24        15.     I have not incurred any work-related expenses during my employment as a Fleet

25  Service Agent at US Airways.  If I did, I would discuss being reimbursed for these expenses with

26  Tammy Andersen.

27

28                                      - 3 -

DECLARATION OF JASON VISITACION

USAIR0001174

1    16.    I have never been forced or pressured in any way by US Airways to use my

2  personal cellular phone for work-related purposes while on the clock and in fact, US Airways

3  strictly prohibits cell phone use on the ramp.  There are no occasions where I would need to use

4  my personal cellular phone for work-related purposes while on the clock.  I have never used my

5  personal cellular phone for work-related purposes while on the clock.

6

7    I declare under penalty of perjury under the laws of the State of California that the

8  foregoing is true and correct.

9

10

11  **EXECUTED** this _12_ day of _SEPTEMBER  2013_ at Santa Clara County.

12

13

14  _____

15  JASON VISITACION

16

17

18

19

20

21

22

23

24

25

26

27

- 4 -

28  _____

DECLARATION OF JASON VISITACION

USAIR0001175

# EXHIBIT 71

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

1

## <u>DECLARATION OF DAVID YOUNG</u>

2

I, David Young, declare and state as follows:

3

1.      If called upon to testify, I could and would testify competently to the following

4

facts that are within my personal knowledge.

5

2.      I am currently employed by US Airways, Inc. ("US Airways") at San Diego

6

International Airport as a Fleet Service Agent, and have held that position with US Airways or

7

one of its corporate predecessors since 1983.  For some of this time, I worked at Charlotte

8

Douglas International Airport in Charlotte, North Carolina.

9

3.      I understand that I am providing this statement in connection with a pending

10

lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents

11

who filed the lawsuit allege that US Airways Fleet Service Agents working in California should

12

receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service

13

Agents' regular rate of pay when more than 40 hours are worked in a workweek or eight hours in

14

a day as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for

15

usage of personal cellular phones for work-related purposes.  It has been explained to me that if

16

these individuals are allowed to represent other Fleet Service Agents, I may be allowed to

17

participate in the lawsuit and may be awarded money if the case is successful.  US Airways'

18

lawyers have told me that they may use the facts I provide to defend US Airways in this litigation,

19

and to defeat the claims described to me.  Knowing all this, I indicated that I was willing to share

20

my experiences and declare to their truth in this document.

21

4.      As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving

22

and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and

23

pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft,

24

positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts.  I

25

work full-time and am paid on an hourly basis.  US Airways establishes a weekly schedule that I

26

bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 8

27

28

DECLARATION OF DAVID YOUNG

USAIR0001180

hours per shift by US Airways.  Frequently, at least once a week, I voluntarily shift trade or shift swap with other Fleet Service Agents.  This means that either another Agent works one of the shifts US Airways scheduled me to work or that I work a shift that US Airways scheduled another agent to work.  As a result, I may have worked more or less hours in a week than I was originally scheduled to work by US Airways.

5.      As a Fleet Service Agent, my employment is governed by a collective bargaining agreement between US Airways and my union.  I am aware that the collective bargaining agreement contains provisions governing shift trades, including restrictions on how far in advance shift trades must be submitted, the maximum number of shifts that can be dropped in a quarter, and that hours worked as a result of voluntary shift trades will be paid at my regular rate of pay.

6.      In my experience, managers are generally not involved in approving shift trades.  Rather, shift trades are effected through an electronic system called "Workbrain."  Agents log-in to Workbrain using a unique user name and password and either post shifts that they would like to drop or sign-up to take shifts that others have indicated they wish to drop.  The only time that I am aware of managers being involved in approving shift trades is when Fleet Service Agents wish to shift-trade after the cut-off period established by the collective bargaining agreement.  In such instances, though Workbrain will not permit the proposed trade, a manager may over-ride the system to allow the trade.

7.      I understand that when I trade shifts with a fellow employee using the Workbrain system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work, or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift trade.

8.      I have never been forced or pressured by US Airways in any way to work a shift under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process to work more or less shifts than originally scheduled.

- 2 -

DECLARATION OF DAVID YOUNG

USAIR0001181

9.      Being able to trade shifts with Fleet Service Agents is one of the best perks of my job as a Fleet Service Agent because it allows me far more flexibility to make my own schedule. For example, my regular days off are Sunday and Monday, and, every week, I drop my regularly scheduled Saturday shift so that I can have a three-day weekend.  I also use shift-trades to take advantage of the travel privileges that are afforded to me by US Airways, by dropping some of my regularly scheduled shifts so that I can travel for extended periods of time.   Overall, I do not work substantially more hours because of shift-trades.  I would be very upset if US Airways stopped allowing employees to trade shifts, as I would have far less flexibility in my schedule.  I do not support a lawsuit that challenges the shift-trade policy.

10.      In my experience shift-trades are very popular among Fleet Service Agents.  Many agents use trades, like me, to create a flexible schedule for personal reasons, such as taking extended vacations or spending more time with family.  Many part-time Fleet Service Agents use shift-trades to earn additional income by picking up extra shifts, which makes their job more financially viable.  For this reason and others, I believe that the majority of Fleet Service Agents would be upset if US Airways stopped allowing employees to trade shifts.

11.      Throughout my employment with US Airways, I have been provided a wage statement on a biweekly basis, which I review regularly.

12.      On each wage statement, I understand the way my pay is calculated.  In addition to regularly reviewing my wage statement, I regularly review my hours worked as recorded on Workbrain.  I believe that the information on my wage statements and on Workbrain is an accurate reflection of the number of hours I have worked.  I have not noticed any discrepancies or errors on my wage statements.  As a result, I believe I have been paid accurately for all hours worked.

13.      If I noticed any errors on my wage statement in the future, I would discuss these with Kyle Benton, my shift supervisor at San Diego International Airport.

- 3 -

DECLARATION OF DAVID YOUNG

USAIR0001182

14.     On occasion, I have worked overtime hours at US Airways' request, for example, due to a flight delay that extended my scheduled shift or other Fleet Service Agents not being able to work due to illness.  When I worked more than 8 hours a day or 40 hours in a week, all at US Airways' request, I was paid at the rate of time and a half for all such hours worked.

15.     On one occasion, my Lead Fleet Service Agent at San Diego International Airport asked me to purchase work gloves for myself and other Fleet Service Agents.  After doing so, I submitted the receipt for the gloves to administrative personnel at San Diego International Airport and I was reimbursed in full for the expense of the gloves.  In addition, in the past when I was working in Charlotte, North Carolina, I was always reimbursed for any work-related expenses that I incurred as a result of traveling to work at another airport or training.  In the future, if I would again incur any work-related expenses, I would speak with my shift supervisor, Kyle Benton, to be reimbursed.

16.     I have never been forced or pressured in any way by US Airways to use my personal cellular phone for work-related purposes while on the clock.  In fact, US Airways prohibits Fleet Service Agents from using their personal cellphones while on the ramp.

17.     It is difficult to exceed the minutes allowed by my personal cellular phone plan, and I cannot recall an occasion when I have exceeded the minutes allowed under my plan.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**EXECUTED** this _24_ day of September, 2013 at San Diego County.


DAVID YOUNG

- 4 -

DECLARATION OF DAVID YOUNG

USAIR0001183

# EXHIBIT 72

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

1

## DECLARATION OF JEFFREY YOUNG

2        I, Jeffrey Young, declare and state as follows:

3        1.        If called upon to testify, I could and would testify competently to the following

4    facts that are within my personal knowledge.

5        2.        I am currently employed by US Airways, Inc. ("US Airways") at San Diego

6    International Airport as a Fleet Service Agent, and have held that position with US Airways or

7    one of its corporate predecessors since 1988.  For some of this time, I worked at the Los Angeles

8    International Airport, in Los Angeles and the Charlotte Douglas International Airport in

9    Charlotte, North Carolina.

10        3.        I understand that I am providing this statement in connection with a pending

11    lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents

12    who filed the lawsuit allege that US Airways Fleet Service Agents working in California should

13    receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service

14    Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of

15    voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal

16    cellular phones for work-related purposes.  It has been explained to me that if these individuals

17    are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit

18    and may be awarded money if the case is successful.  US Airways' lawyers have told me that they

19    may use the facts I provide to defend US Airways in this litigation, and to defeat the claims

20    described to me.  Knowing all this, I indicated that I was willing to share my experiences and

21    declare to their truth in this document.

22        4.        As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving

23    and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and

24    pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft,

25    positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts.  I

26    work full-time and am paid on an hourly basis.  I currently work full-time and am paid on an

27

28

DECLARATION OF JEFFREY YOUNG

USAIR0001184

hourly basis. US Airways establishes a weekly schedule that I bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 8 hours per shift by US Airways. Just about every week, I voluntarily shift trade or shift swap with other Fleet Service Agents. This means that either another Agent works one of the shifts US Airways scheduled me to work or that I work a shift that US Airways scheduled another agent to work. As a result, I may have worked more or less hours in a week than I was originally scheduled to work by US Airways.

5.   As a Fleet Service Agent, my employment is governed by a collective bargaining agreement between US Airways and my union. I am aware that the collective bargaining agreement contains provisions governing shift trades, including restrictions on how far in advance shift trades must be submitted, the number of shifts that may be dropped per quarter and that hours worked as a result of voluntary shift trades will be paid at my regular rate of pay.

6.   In my experience, managers are generally not involved in approving shift trades. Rather, shift trades are effected through an electronic system called "Workbrain." Agents log-in to Workbrain using a unique user name and password and either post shifts that they would like to drop or sign-up to take shifts that others have indicated they wish to drop. The only time that I am aware of managers being involved in approving shift trades is when Fleet Service Agents wish to shift-trade after the cut-off period established by the collective bargaining agreement. In such instances, though Workbrain will not permit the proposed trade, a manager may over-ride the system to allow the trade.

7.   I understand that when I trade shifts with a fellow employee using the Workbrain system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work, or to pick-up a shift US Airways had scheduled another employee to work. On the occasions that I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift trade.

- 2 -

DECLARATION OF JEFFREY YOUNG

USAIR0001185

8.      I have never been forced or pressured by US Airways in any way to work a shift under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process to work more or less shifts than originally scheduled.

9.      I like being able to trade shifts with Fleet Service Agents.  Trading shifts allows me greater flexibility to make my own schedule.  I have held this job for twenty five (25) years and prefer not to work five days a week anymore.  Accordingly, I typically drop one shift per week through the shift-trade program so that I have more time off.  In addition, I use shift-trades to drop shifts in order to use the flight privileges provided to me by US Airways.  Though I currently do not work substantially more hours because of shift-trades, I previously worked part-time and would use shift-trades to pick up hours to earn additional income as needed.  If US Airways stopped allowing employees to trade shifts, I would be quite upset.  I would have far less flexibility in my schedule and this would make the job less appealing to me.  I do not support a lawsuit that challenges the shift-trade policy.

10.      In my experience shift-trades are very popular among Fleet Service Agents.  Many agents use trades to balance other employment or to create a flexible schedule for other, personal reasons, such as taking extended vacations or spending more time with family.  I believe that Fleet Service Agents would be extremely upset if US Airways stopped allowing employees to trade shifts.

11.      Throughout my employment with US Airways, I have been provided a wage statement on a biweekly basis.  In the past, while working at the Charlotte Douglas International Airport, I have noticed errors on my wage statements.  In those instances, I spoke with administration and they promptly corrected any mistakes.  As a result, I believe that I have been accurately paid for all hours worked.

12.      If I noticed any errors on my wage statement in the future, I would discuss these with Kyle Benton, my shift supervisor at San Diego International Airport.

- 3 -

DECLARATION OF JEFFREY YOUNG

13.     On occasion, I have worked overtime hours at US Airways' request.  When I worked more than 8 hours a day or 40 hours in a week, all at US Airways' request, I was paid at the rate of time and a half for all such hours worked.

14.     I have not incurred any work-related expenses during my employment as a Fleet Service Agent at US Airways.  If I did incur any work-related expenses in the future, I would speak with my shift supervisor, Kyle Benton, to be reimbursed.

15.     US Airways strictly prohibits cell phone use on the ramp.  It is difficult to exceed the minutes allowed by my personal cellular phone plan, and I cannot recall an occasion when I have exceeded the minutes allowed under my plan.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**EXECUTED** this _____ day of September, 2013 at San Diego County.

JEFFREY YOUNG

- 4 -

DECLARATION OF JEFFREY YOUNG

USAIR0001187

# EXHIBIT 73

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

## DECLARATION OF CRISTOBAL ZELAYA

I, Cristobal Zelaya, declare and state as follows:

1.      If called upon to testify, I could and would testify competently to the following facts that are within my personal knowledge.

2.      I am currently employed by US Airways, Inc. ("US Airways") at Ontario International Airport as a Lead Fleet Service Agent, and have held that position or the position of Fleet Service Agent with US Airways or one of its corporate predecessors since 1998.  I previously worked at Los Angeles International Airport in Los Angeles, California.

3.      I understand that I am providing this statement in connection with a pending lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents who filed the lawsuit allege that US Airways Fleet Service Agents working in California should receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal cellular phones for work-related purposes.  It has been explained to me that if these individuals are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit and may be awarded money if the case is successful.  US Airways' lawyers have told me that they may use the facts I provide to defend US Airways in this litigation, and to defeat the claims described to me.  Knowing all this, I indicated that I was willing to share my experiences and declare to their truth in this document.

4.      As a Lead Fleet Service Agent, I am responsible for training and overseeing teams of Fleet Service Agents and for moving baggage and cargo, driving and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft, positioning beverage and luggage carts around the ramp, and driving tugs towing baggage carts.  I work full-time and am paid on an hourly basis.  US Airways establishes a weekly schedule that I bid for, and pursuant to

DECLARATION OF CRISTOBAL ZELAYA

USAIR0001188

1   this process I am typically scheduled to work 5 days per week and 8 hours per shift by US

2   Airways.  Frequently, I voluntarily shift trade or shift swap with other Fleet Service Agents.  This

3   means that either another Agent works one of the shifts US Airways scheduled me to work or that

4   I work a shift that US Airways scheduled another agent to work.  As a result, I may have worked

5   more or less hours in a week than I was originally scheduled to work by US Airways.

6        5.      As a Lead Fleet Service Agent, my employment is governed by a collective

7   bargaining agreement between US Airways and my union.  I am aware that the collective

8   bargaining agreement contains provisions governing shift trades, including restrictions on how far

9   in advance shift trades must be submitted and that hours worked as a result of voluntary shift

10  trades will be paid at my regular rate of pay.

11       6.      Managers are generally not involved in approving shift trades.  Rather, shift trades

12  are effected through an electronic system called "Workbrain."  Agents log-in to Workbrain using

13  a unique user name and password and either post shifts that they would like to drop or sign-up to

14  take shifts that others have indicated they wish to drop.  The only exception that I am aware of, is

15  where there is a problem with Workbrain and the manager needs to correct it.

16       7.      I understand that when I trade shifts with a fellow employee using the Workbrain

17  system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

18  or to pick-up a shift US Airways had scheduled another employee to work.  On the occasions that

19  I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift

20  trade.

21       8.      I have never been forced or pressured by US Airways in any way to work a shift

22  under the general shift-trades policies.  It is entirely up to me whether I use the shift-trade process

23  to work more or less shifts than originally scheduled.

24       9.      I like being able to trade shifts with Fleet Service Agents.  Trading shifts allows

25  me to spend more time on personal pursuits, such as attending Raiders' games in Oakland,

26  California or taking advantage of my travel privileges afforded to me by US Airways to attend

27

                                          - 2 -

28

DECLARATION OF CRISTOBAL ZELAYA

USAIR0001189

1   out-of-state Dodgers' games. I also use shift-trades to spend time with my family on the

2   weekends.   Shift-trades allow me greater flexibility to make my own schedule, but, overall, I do

3   not work substantially more hours because of shift-trades. If US Airways stopped allowing

4   employees to trade shifts, I would be devastated because I would have far less flexibility in my

5   schedule and this would make it much more difficult for me to attend weekend sporting events

6   and to maximize the time I spend with my family. I do not support a lawsuit that challenges the

7   shift-trade policy.

8          10.     In my experience shift-trades are very popular among Fleet Service Agents. Many

9   agents use trades to balance other employment or to create a flexible schedule for other, personal

10  reasons, such as taking extended vacations or spending more time with family. Fleet Service

11  Agents also use the shift-trade policy to earn additional income that otherwise would not be

12  available by picking-up additional shifts.

13         11.     Throughout my employment with US Airways, I have been provided a wage

14  statement on a biweekly basis.

15         12.     On each wage statement, I understand the way my pay is calculated. I believe that

16  the information on my wage statements is an accurate reflection of the number of hours I worked.

17  I have not noticed any discrepancies or errors on my wage statements.

18         13.     If I noticed any errors on my wage statement, I would discuss these with Sherrie

19  Cairns, the Station Manager at Ontario International Airport.

20         14.     On occasion, I have worked overtime hours at US Airways' request, for example,

21  due to a Fleet Service Agents calling-in sick, being on jury duty, or being on medical leave.

22  When I worked more than 8 hours a day or 40 hours in a week, all at US Airways' request, I was

23  paid at the rate of time and a half for all such hours worked.

24         15.     I have not incurred any work-related expenses during my employment as a Fleet

25  Service Agent at US Airways.

26

27                                          - 3 -

28

DECLARATION OF CRISTOBAL ZELAYA

USAIR0001190

16.     I have never been forced or pressured in any way by US Airways to use my personal cellular phone for work-related purposes while on the clock.

17.     It is difficult to exceed the minutes allowed by my personal cellular phone plan, and I cannot recall an occasion when I have exceeded the minutes allowed under my plan.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**EXECUTED** this __17th__ day of __September__ 2013 at San Bernardino County.

CRISTOBAL ZELAYA

- 4 -

DECLARATION OF CRISTOBAL ZELAYA

USAIR0001191

# EXHIBIT 74

# KOHSWEENEY DECLARATION IN SUPPORT OF MOTION TO DENY CLASS CERTIFICATION

**DECLARATION OF LUIS ZEPEDA**

I, Luis Zepeda, declare and state as follows:

1.    If called upon to testify, I could and would testify competently to the following facts that are within my personal knowledge.

2.    I am currently employed by US Airways, Inc. ("US Airways") at Los Angeles International Airport as a Fleet Service Agent, and have held that position with US Airways or one of its corporate predecessors since 1998.

3.    I understand that I am providing this statement in connection with a pending lawsuit that was filed by former Fleet Service Agents at US Airways.  I understand that the agents who filed the lawsuit allege that US Airways Fleet Service Agents working in California should receive, among other things, back wages at the rate of one-and-one-half times the Fleet Service Agents' regular rate of pay when more than 40 hours are worked in a workweek as a result of voluntary "shift-trades" or "shift swaps," and expense reimbursements for usage of personal cellular phones for work-related purposes.  It has been explained to me that if these individuals are allowed to represent other Fleet Service Agents, I may be allowed to participate in the lawsuit and may be awarded money if the case is successful.  US Airways' lawyers have told me that they may use the facts I provide to defend US Airways in this litigation, and to defeat the claims described to me.  Knowing all this, I indicated that I was willing to share my experiences and declare to their truth in this document.

4.    As a Fleet Service Agent, I am responsible for moving baggage and cargo, driving and operating belt loaders, servicing aircraft at gates with power and air conditioning, towing and pushback of aircraft from gates, servicing aircraft lavatories and water ports, cleaning aircraft, positioning luggage carts around the ramp, and driving tugs towing baggage carts.  I work full-time and am paid on an hourly basis.  US Airways establishes a weekly schedule that I bid for, and pursuant to this process I am typically scheduled to work 5 days per week and 8 hours per shift by US Airways.  At least once per week, I voluntarily shift swap with another Fleet Service

DECLARATION OF LUIS ZEPEDA

1   Agent. This means that the other Agent works one of the shifts US Airways scheduled me to

2   work and that I work a shift that US Airways scheduled the other agent to work. As a result, I

3   may have worked more or less hours in a week than I was originally scheduled to work by US

4   Airways.

5          5.     As a Fleet Service Agent, my employment is governed by a collective bargaining

6   agreement between US Airways and my union. I am aware that the collective bargaining

7   agreement contains provisions governing shift trades, including restrictions on how far in advance

8   shift trades must be submitted, the maximum number of shifts that may be dropped per calendar

9   quarter, and that hours worked as a result of voluntary shift trades will be paid at my regular rate

10  of pay.

11         6.     Managers are not involved in approving shift trades. Rather, shift trades are

12  effected through an electronic system called "Workbrain." Agents log-in to Workbrain using a

13  unique user name and password and either post shifts that they would like to drop or sign-up to

14  take shifts that others have indicated they wish to drop.

15         7.     I understand that when I trade shifts with a fellow employee using the Workbrain

16  system that I voluntarily agree to either drop one of the shifts US Airways scheduled me to work,

17  or to pick-up a shift US Airways had scheduled another employee to work. On the occasions that

18  I have worked a shift-trade, I have been paid fully for the hours I worked pursuant to that shift

19  trade.

20         8.     I have never been forced or pressured by US Airways in any way to work a shift

21  under the general shift-trades policies. It is entirely up to me whether I use the shift-trade process

22  to work more or less shifts than originally scheduled.

23         9.     I like being able to trade shifts with Fleet Service Agents. Trading shifts allows

24  me to spend more time on personal pursuits, such as spending time with my family and taking

25  advantage of the flight privileges afforded to me by US Airways. I trade shifts weekly with one

26  particular agent in order to align my days off with those of my wife, so that we can spend time

27                                          - 2 -

28

DECLARATION OF LUIS ZEPEDA

USAIR0001193

together as a family.  Shift-trades allow me greater flexibility to make my own schedule, but, overall, I do not work substantially more hours because of shift-trades.  If US Airways stopped allowing employees to trade shifts, I would have far less flexibility in my schedule and this would make it much more difficult for me to maximize the time I spend with my family.  I do not support a lawsuit that challenges the shift-trade policy.

10.   In my experience shift-trades are very popular among Fleet Service Agents.  Many agents use trades to balance other employment or to create a flexible schedule for other, personal reasons, such as taking extended vacations or spending more time with family or on personal hobbies.  I regularly trade shifts with one particular agent, who uses the time off to travel to visit his family out of state.

11.   Throughout my employment with US Airways, I have been provided a wage statement on a biweekly basis.

12.   On each wage statement, I understand the way my pay is calculated.  I believe that the information on my wage statements is an accurate reflection of the number of hours I worked.  I have not noticed any discrepancies or errors on my wage statements.  On one occasion, I noticed a discrepancy on my wage statement because I forgot to clock-out from my regularly scheduled shift.  I spoke with my shift manager about this and with Paul Colbert, the Workbrain Timekeeper at Los Angeles International Airport.

13.   If I noticed any errors on my wage statement in the future, I would again discuss these with my shift manager and with Paul Colbert.

14.   On occasion, I have worked overtime hours at US Airways' request, for example when another Fleet Service Agent calls in sick or there are mechanical problems with aircraft.  When I worked more than 8 hours a day or 40 hours in a week, all at US Airways' request, I was paid at the rate of time and a half for all such hours worked.

- 3 -

DECLARATION OF LUIS ZEPEDA

USAIR0001194

15.     I have not incurred any work-related expenses during my employment as a Fleet Service Agent at US Airways.  And if I did, I would speak with my shift manager to be reimbursed.

16.     I have never been forced or pressured in any way by US Airways to use my personal cellular phone for work-related purposes while on the clock.  There are no occasions where I would need to use my personal cellular phone for work-related purposes while on the clock.  I have never used my personal cellular phone for work-related purposes while on the clock.

17.     US Airways strictly prohibits Fleet Service Agents from using their personal cellphones while "on the ramp."  In fact, when managers witness Fleet Service Agents violating this rule, the manager will issue the Fleet Service Agent an Employee Safety Observation notice (ESON).  I'm aware of other Fleet Service Agents receiving ESONs for violating US Airway's policy prohibiting cellphone use.

18.     It is difficult to exceed the minutes allowed by my personal cellular phone plan, and I cannot recall an occasion when I have exceeded the minutes allowed under my plan.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**EXECUTED** this _9_ day of _September_ at Los Angeles County.

LUIS ZEPEDA

- 4 -

DECLARATION OF LUIS ZEPEDA

USAIR0001195