1  Arlo García Uriarte, SBN 231764
2  Un Kei Wu, SBN 270058
   Ernesto Sanchez, SBN 278006
3  LIBERATION LAW GROUP, P.C.
   2760 Mission Street
4  San Francisco, CA 94110
   Telephone: (415) 695-1000
5  Facsimile: (415) 695-1006

6
7  Attorneys for PLAINTIFFS

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH TIMBANG ANGELES, NOE LASTIMOSA, on behalf of themselves and on behalf of others similarly situated, and the general public,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>US AIRWAYS, INC., and DOES 1 through 50,<br>　　　　　　　Defendants. | Case No. 3:12-cv-05860 CRB<br><br>**ORDER GRANTING STIPULATION RE: EXTENSION OF BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS; AND CONTINUANCE OF HEARING DATE** |

1      Pursuant to the Stipulation regarding the Extension of the Briefing Schedule for
2  Defendant's Motion for Judgment on the Pleadings and the Continuance of the Hearing Date,
3  submitted jointly by the parties to the above-captioned matter, and because this Court finds good
4  cause exists based on said Stipulation, the deadlines in the above-referenced matter shall be
5  modified as follows:

| Date | Deadline |
|---|---|
| February 7, 2014 | Deadline for Plaintiffs' Opposition to US Airways' Motion to Deny Class Certification; |
| February 18, 2014 | Deadline for US Airways' Reply in support of its Motion to Deny Class Certification; |
| February 24, 2014 | Deadline for Plaintiffs' Opposition to US Airways' Motion for Judgment on the Pleadings; |
| March 7, 2013 | Deadline for US Airways' Reply in support of its Motion for Judgment on the Pleadings; |
| March 21, 2014 | Hearings on US Airways' Motion for Judgment on the Pleadings, US Airways' Motion to Deny Class Certification, and Plaintiffs' Motion to Certify the Class. |

17      All other currently operative deadlines not expressly changed above shall remain in effect.

19  Dated: January 29, 2014



Hon. Charles R. Breyer
United States District Judge
Northern District of California

IT IS SO ORDERED
Judge Charles R. Breyer