IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TIMBANG ANGELES, NOE LASTIMOSA, on behalf of themselves and on behalf of others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>US AIRWAYS, INC., and DOES 1 through 50,<br><br>Defendants. | No. C 12-05860 CRB<br><br>**ORDER GRANTING MOTION FOR CLASS CERTIFICATION, DENYING MOTION FOR JUDGMENT ON THE PLEADINGS, AND DENYING MOTION TO DENY CLASS CERTIFICATION** |

Plaintiffs Joseph Timbang Angeles and Noe Lastimosa's ("Plaintiffs'") Motion for Class Certification (dkt. 64) as well as Defendant's Motion to Deny Class Certification (dkt. 59) and Motion for Judgment on the Pleadings (dkt. 57) came on for hearing before this Court on April 4, 2014 at 10:00 A.M.

After consideration of all of the papers submitted and all other matters presented to the Court in this action, the Court GRANTS Plaintiffs' Motion for Class Certification, for Appointment of Class Representative, and Class Counsel.  The Court acknowledges that Plaintiffs are no longer pursuing their Fourth Claim.

The Court DENIES Defendant's Motion for Judgment on the Pleadings because the Court previously addressed the same arguments at the motion to dismiss phase. See Order Re MTD (dkt. 23) at 8. The law of the case doctrine precludes the Court from revisiting its

decision as to those arguments previously raised and ruled upon.  United States v. Phillips, 367 F.3d 846, 856 (9th Cir. 2004) ("The law of the case doctrine precludes a court from reconsidering an issue that it has already resolved.").

The Court also DENIES Defendant's Motion to Deny Class Certification.

**IT IS SO ORDERED.**

Dated: April 4, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE