**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **4/4/14**                                              Time: 8 minutes

**C-12-05860 CRB**

**JOSEPH TIMBANG ANGELES  v.  US AIRWAYS INC**

Attorneys:     Arlo Uriarte                                    Adam Kohsweeney

Deputy Clerk: **Lisa R. Clark**              Reporter: **James Pence**

**PROCEEDINGS:**                                                    **RULING:**

1.  Motion for Judgment on the Pleadings                              Denied

2.  Motion for Miscellaneous Relief                                   Denied

3.  Motion to Certify Class                                           Granted

**ORDERED AFTER HEARING:**

Parties to submit scheduling order to the Court.

( ) ORDER TO BE PREPARED BY:    Plntf ____  Deft ____  Court ____

( ) Referred to Magistrate Judge for: ____

( ) CASE CONTINUED TO ____                for ____

Discovery Cut-Off ____                         Expert Discovery Cut-Off ____
Plntf to Name Experts by ____                  Deft to Name Experts by ____
P/T Conference Date ____        Trial Date ____        Set for ____ days
                         Type of Trial: ( )Jury   ( )Court

Notes: ____