Pages 1 - 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Charles R. Breyer, Judge

| | |
|---|---|
| Joseph Timbang Angeles and Noe Lastimosa, )<br><br>            Plaintiffs, )<br><br>  VS. )<br><br>U.S. Airways, Inc., )<br><br>            Defendant. )<br>_____ ) | NO. C 12-05860 CRB |

San Francisco, California
Friday, April 4, 2014

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:

        LIBERATION LAW GROUP, P.C.
        2760 Mission Street
        San Francisco, California 94110
    BY: **ARLO GARCIA URIARTE, ESQ.**
        **BRENT ROBINSON, ESQ.**

For Defendant:

        O'MELVENY & MYERS LLP
        Two Embarcadero Center, 28th Floor
        San Francisco, California 94111
    BY: **ADAM KOHSWEENEY, ESQ.**

Reported By:    James C. Pence, RMR, CRR, CSR No. 13059
              Official Court Reporter

1   **Friday - April 4, 2014**                                    **10:21 a.m.**

2                      **P R O C E E D I N G S**

3                            ---000---

4        **THE CLERK:**  Calling Civil 12-5860, Joseph Angeles

5   versus U.S. Airways, Inc.

6        **MR. URIARTE:**  Good morning, Your Honor.  Arlo Uriarte

7   for plaintiffs Joseph Angeles and Noe Lastimosa.

8        **MR. ROBINSON:**  Brent Robinson, Your Honor, on behalf

9   of plaintiffs.

10        **MR. KOHSWEENEY:**  Good morning, Your Honor.  Adam

11   KohSweeney for defendant U.S. Airways.

12        **THE COURT:**  Well, I think the -- there are basically

13   three motions on.  One is for judgment on the pleadings, which

14   I am denying.

15        Then there's a motion to -- on class certification to

16   grant or deny.  I think it's a close question on class

17   certification.  Nevertheless, I'm going to grant class

18   certification.  I think that I may -- depending on how the

19   circumstances -- how the evidence comes in and so forth, I may

20   have to have certain refinements depending on what it is, but

21   the denial -- the granting of a class certification is always a

22   matter that can be reviewed depending on what the evidence is.

23        I know that U.S. Airways would prepare -- would prefer not

24   to have to go through the discovery process, but I think that

25   there's been enough that's been alleged to demonstrate the

1  appropriateness of class certification.  I think also with

2  respect to the representatives:

3      1.  That that bears -- you know, the class members -- or

4  the class representatives, rather -- that bears some pretty

5  careful analysis.  I don't know whether we're there yet or not,

6  but, you know, I want to make sure that it does qualify for

7  being a representative and then appropriate.  However, I'm

8  granting the class certification preliminarily because it's

9  always preliminarily.

10      So tell me, do you have a schedule?  Do you want to work

11  it out between yourselves?

12          **MR. URIARTE:**  I think -- yeah, we -- it would be more

13  appropriate, Your Honor.

14          **MR. KOHSWEENEY:**  Yes, I agree.  Yes.

15          **THE COURT:**  Yeah.

16      Okay.  Thank you very much.

17          **MR. URIARTE:**  Thank you, Your Honor.

18          **MR. ROBINSON:**  Thank you, Your Honor.

19          **MR. KOHSWEENEY:**  Thank you, Your Honor.

20          **THE CLERK:**  Court's in recess.

21              (Proceedings adjourned at 10:24 a.m.)

22

23

24

25

1

2

3                    **<u>CERTIFICATE OF REPORTER</u>**

4          I certify that the foregoing is a correct transcript

5    from the record of proceedings in the above-entitled matter.

6

7    DATE:   Wednesday, April 9, 2014

8

9

10

11    _____

12         James C. Pence, RMR, CRR, CSR No. 13059
                  U.S. Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25