UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH TIMBANG ANGELES, NOE LASTIMOSA, on behalf of themselves and on behalf of others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>US AIRWAYS, INC., and DOES 1 through 50,<br><br>Defendants. | Case No. 3:12-cv-05860 CRB<br><br>**[PROPOSED]** ORDER GRANTING JOINT STIPULATION REQUESTING CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE<br><br>CMC Date: August 8, 2014<br>Time: 9:30 A.M.<br>Courtroom: 6<br>Judge: Hon. Charles R. Breyer |

Pursuant to the parties' Joint Stipulation Requesting Continuance of Further Case Management Conference, and because this Court finds good cause exists based on said Stipulation, the Court hereby orders as follows:

1. The Further Case Management Conference shall be continued to October 10, 2014.

2. The parties shall file a Case Management Statement seven (7) days before the continued Further Case Management Conference, on or before October 3, 2014

IT IS SO ORDERED.

Dated: August 6, 2014  _____

IT IS SO ORDERED
Judge Charles R. Breyer

-1-  [PROPOSED] ORDER GRANTING JOINT STIP. REQUESTING CONTINUANCE
CASE NO. 3:12-CV-05860 CRB