UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH TIMBANG ANGELES, NOE LASTIMOSA, on behalf of themselves and on behalf of others similarly situated, and the general public,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>US AIRWAYS, INC., and DOES 1 through 50,<br>　　　　　　　　Defendants. | Case No. 3:12-cv-05860 CRB<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:  February 20, 2015<br>Time:  8:30 A.M.<br>Courtroom:  6<br>Judge:  Hon. Charles R. Breyer |

Pursuant to the parties' Joint Stipulation Requesting Continuance of Further Case Management Conference, and because this Court finds good cause exists based on said Stipulation, the Court hereby orders as follows:

1.  The Further Case Management Conference shall be continued to March 20, 2015.
2.  The parties shall file a Case Management Statement seven (7) days before the continued Further Case Management Conference.

IT IS SO ORDERED.

Dated:  February 11, 2015

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*