1  ADAM P. KOHSWEENEY (S.B. #229983)
   akohsweeney@omm.com
2  SUSANNAH K. HOWARD (S.B. #291326)
   showard@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA  94111-3823
   Telephone:   415-984-8912
5  Facsimile:    415-984-8701

6  Attorneys for Defendant
   US Airways, Inc.
7

   Arlo García Uriarte, SBN 231764
8  Un Kei Wu, SBN 270058
   Ernesto Sanchez, SBN 278006
9  Brent A. Robinson, SBN 289373
   LIBERATION LAW GROUP, P.C.
10 2760 Mission Street
   San Francisco, CA 94110
11 Telephone: (415) 695-1000
   Facsimile: (415) 695-1006
12

13 Attorneys for Plaintiffs
   Joseph Timbang Angeles and Noe Lastimosa
14

15
   *Attorneys Continued on Following Page*
16

17                **UNITED STATES DISTRICT COURT**

18                **NORTHERN DISTRICT OF CALIFORNIA**

19                    **SAN FRANCISCO DIVISION**

20

21 | | |
   |---|---|
   | JOSEPH TIMBANG ANGELES, NOE LASTIMOSA, on behalf of themselves and on behalf of others similarly situated, and the general public, | Case No. 3:12-cv-05860 CRB  **JOINT STATEMENT IN ADVANCE OF FURTHER CASE MANAGEMENT CONFERENCE** |
   | Plaintiffs, | CMC Date: September 25, 2015 |
   | v. | Time: 8:30 A.M. |
   | US AIRWAYS, INC., and DOES 1 through 50, | Courtroom: 6 |
   | Defendants. | Judge: Hon. Charles R. Breyer |

| | |
|---|---|
| 1 | ROBERT A. SIEGEL (S.B. #64604) |
| | rsiegel@omm.com |
| 2 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street, 18th Floor |
| 3 | Los Angeles, CA  90071-2899 |
| | Telephone:   213-430-6000 |
| 4 | Facsimile:    213-430-6407 |
| 5 | Attorneys for Defendant |
| | US Airways, Inc. |
| 6 | |
| 7 | |
| 8 | |
| ... | |
| 28 | |

-1- JOINT STATEMENT IN ADVANCE OF FURTHER CMC
CASE NO. 3:12-CV-05860 CRB

Plaintiffs Joseph Timbang Angeles and Noe Lastimosa ("Plaintiffs") and Defendant US Airways, Inc. ("US Airways"), by and through their respective counsel, hereby state as follows:

**WHEREAS**, on April 4, 2014, this Court granted Plaintiffs' Motion for Class Certification (dkt. 75);

**WHEREAS**, on February 9, 2015, the parties filed a Stipulation Re: Notice of Class Action and Exclusion Form (dkt. 86), containing a proposed form of notice to class members, as well as a form by which class members may opt-out of the class;

**WHEREAS**, on February 23, 2015, the Court approved the parties' proposed class notice and exclusion form (dkt. 91);

**WHEREAS**, on March 20, 2015 this Court held a Further Case Management Conference, which was attended by counsel for both parties;

**WHEREAS**, the Court set a Further Case Management Conference for September 25, 2015 at 8:30a.m. (dkt. 93);

**NOW, THEREFORE**, the parties hereby file this Joint Statement in Advance of Further Case Management Conference and state as follows:

1. The mailing of the Notice of Class Action and Exclusion Form to putative class members was completed on April 8, 2015, with an opt-out deadline of May 8, 2015.

2. The Notice was mailed to 568 putative class members and there have been seventeen (17) valid opt-outs.

3. The parties continue to believe that they will be able to resolve liability issues pertaining to Plaintiffs' First Cause of Action (and other causes of action to the extent they are predicated on the First Cause of Action and do not involve separate or additional issues) through motion practice. To the extent necessary, the parties will be able to stipulate to hours worked and rates of pay for any potential damages issues. Accordingly, the parties currently believe that a trial pertaining to Plaintiffs' First Cause of Action (and other causes of action to the extent they are predicated on the First Cause of Action and do not involve separate or additional issues) will be unnecessary or will only pertain to damages.

4. The parties have been negotiating a Stipulation of Undisputed Material Facts

1  regarding the First Cause of Action, which they expect to finalize by the end of September.

2   5. With respect to Plaintiffs' Second Cause of Action, since the last Further Case
3  Management Conference on March 20, 2015, US Airways has produced over fifty thousand pages
4  of documentation from US Airways' California stations regarding modifications to class
5  members' scheduled hours.  The parties are currently negotiating a schedule for depositions agree
6  that they will need approximately four (4) months to schedule remaining depositions, after which
7  the parties expect to engage in motion practice regarding decertification and/or summary
8  judgment on Plaintiffs' Second Cause of Action (and other causes of action to the extent they are
9  predicated on the Second Cause of Action).  Accordingly, the parties propose the following
10  schedule:

| | |
|---|---|
| January 31, 2016: | Deadline to complete depositions. |
| March 4, 2016: | Deadline to file motion for decertification of class and for summary judgment. |
| March 25, 2016: | Oppositions due. |
| April 8, 2016: | Replies due. |
| April 22, 2016 | Hearing on the parties' motions for summary judgment on Plaintiffs' Second Cause of Action and/or US Airways' motion for decertification (or as soon thereafter as the Court determines.) |

 6. Plaintiffs propose that trial be scheduled for June 2016.  Defendant believes this should be latest date and that the trial should be scheduled earlier if feasible.  Defendant also proposes that a Further Case Management Conference be scheduled following the Court's rulings on the parties' motions for summary judgment and for decertification, to set any remaining dates.

1 | Dated: September 18, 2015

2 | O'MELVENY & MYERS LLP
ROBERT A. SIEGEL
3 | ADAM P. KOHSWEENEY

4

5 | By:   /s/ Adam P. KohSweeney
Adam P. KohSweeney
6 | Attorneys for Defendant US Airways, Inc.

7

Dated: September 18, 2015

8 | LIBERATION LAW GROUP, P.C.
ARLO GARCIA URIARTE
9 | BRENT ROBINSON

10

11 | By:   /s/ Arlo Uriarte
Arlo Garcia Uriarte
12 | Attorneys for Plaintiffs Joseph Timbang
Angeles and Noe Lastimosa
13

**ATTESTATION OF FILING**

Pursuant to Local Civil Rule 5-1(i)(3), I, Adam P. KohSweeney, hereby attest that concurrence in the filing of this Stipulation has been obtained from each of the other signatories listed above.

Dated: September 18, 2015

O'MELVENY & MYERS LLP
ROBERT A. SIEGEL
ADAM P. KOHSWEENEY

By: /s/ Adam P. KohSweeney
     Adam P. KohSweeney
Attorneys for Defendant US Airways, Inc.