ROBERT A. SIEGEL (S.B. #64604)
rsiegel@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071-2899
Telephone:   213-430-6000
Facsimile:    213-430-6407

ADAM P. KOHSWEENEY (S.B. #229983)
akohsweeney@omm.com
SUSANNAH K. HOWARD (S.B. #291326)
showard@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:   415-984-8912
Facsimile:    415-984-8701

Attorneys for Defendant
US Airways, Inc.

*Attorneys Continued on Following Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH TIMBANG ANGELES, NOE LASTIMOSA, on behalf of themselves and on behalf of others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>US AIRWAYS, INC., and DOES 1 through 50,<br>Defendants. | Case No. 3:12-cv-05860 CRB<br><br>**JOINT STIPULATION TO CONTINUE DEPOSITION AND BRIEFING DEADLINES**<br><br>Judge:  Hon. Charles R. Breyer |

Arlo García Uriarte, SBN 231764
Un Kei Wu, SBN 270058
Ernesto Sanchez, SBN 278006
Brent A. Robinson, SBN 289373
LIBERATION LAW GROUP, P.C.
2760 Mission Street
San Francisco, CA 94110
Telephone: (415) 695-1000
Facsimile: (415) 695-1006

Attorneys for Plaintiffs
Joseph Timbang Angeles and Noe Lastimosa

Plaintiffs Joseph Timbang Angeles and Noe Lastimosa ("Plaintiffs") and Defendant US Airways, Inc. ("US Airways"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on September 18, 2015, the parties submitted a Joint Statement in Advance of Further Case Management Conference (dkt. 95) in which the parties stipulated to the following deadlines:

| | |
|---|---|
| January 31, 2016: | Deadline to complete depositions. |
| March 4, 2016: | Deadline to file motion for decertification of class and for summary judgment. |
| March 25, 2016: | Oppositions due. |
| April 8, 2016: | Replies due. |
| April 22, 2016 | Hearing on the parties' motions for summary judgment on Plaintiffs' Second Cause of Action and/or US Airways' motion for decertification (or as soon thereafter as the Court determines.) |

**WHEREAS**, on September 29, 2015, the Court adopted the above-listed stipulated deadlines. (Dkt. 96.)

**WHEREAS**, the parties are still in the process of scheduling depositions for class members and other witnesses and expect to complete depositions by the end of March, 2016.

**NOW, THEREFORE**, the parties hereby file this Joint Stipulation and state as follows:

1. Both parties request that the above-listed deadlines by modified as follows:

| | |
|---|---|
| March 31, 2016: | Deadline to complete depositions. |
| May 6, 2016: | Deadline to file motion for decertification of class and for summary judgment. |
| May 27, 2016: | Oppositions due. |
| June 10, 2016: | Replies due. |
| June 24, 2016 | Hearing on the parties' motions for summary judgment on Plaintiffs' Second Cause of Action and/or US Airways' motion for decertification (or as soon thereafter as the Court determines.) |

| | |
|---|---|
| Dated: January 28, 2016 | O'MELVENY & MYERS LLP<br>ROBERT A. SIEGEL<br>ADAM P. KOHSWEENEY<br><br>By: /s/ Adam P. KohSweeney<br>Adam P. KohSweeney<br>Attorneys for Defendant US Airways, Inc. |
| Dated: January 28, 2016 | LIBERATION LAW GROUP, P.C.<br>ARLO GARCIA URIARTE<br>BRENT ROBINSON<br><br>By: /s/ Arlo Garcia Uriarte<br>Arlo Garcia Uriarte<br>Attorneys for Plaintiffs Joseph Timbang Angeles and Noe Lastimosa |

| | |
|---|---|
| 1 | **ATTESTATION OF FILING** |
| 2 | Pursuant to Local Civil Rule 5-1(i)(3), I, Adam P. KohSweeney, hereby attest that |
| 3 | concurrence in the filing of this Stipulation has been obtained from each of the other signatories |
| 4 | listed above. |

Dated: January 28, 2016

O'MELVENY & MYERS LLP
ROBERT A. SIEGEL
ADAM P. KOHSWEENEY
SUSANNAH K. HOWARD


By: /s/ Adam P. KohSweeney
Adam P. KohSweeney
Attorneys for Defendant US Airways, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal.

Dated: January 28, 2016

O'MELVENY & MYERS LLP
ROBERT A. SIEGEL
ADAM P. KOHSWEENEY

By: /s/ Adam P. KohSweeney
Adam P. KohSweeney
Attorneys for Defendant US Airways, Inc.