# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH TIMBANG ANGELES, NOE LASTIMOSA, on behalf of themselves and on behalf of others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>US AIRWAYS, INC., and DOES 1 through 50,<br><br>Defendants. | Case No. 3:12-cv-05860 CRB<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEPOSITION AND BRIEFING DEADLINES**<br><br>Judge: Hon. Charles R. Breyer |

Pursuant to the parties' Joint Stipulation to Continue Deposition and Briefing Deadlines, and because this Court finds good cause exists based on said Stipulation, the Court hereby orders as follows:

1. The deadlines set forth in the parties' September 18, 2015 Joint Statement in Advance of Further Case Management Conference (dkt. 95) and adopted by the Court's September 29, 2015 Minute Order (dkt. 96) are revised to the following:

| | |
|---|---|
| May 6, 2016: | Deadline to file motion for decertification of class and for summary judgment. |
| May 27, 2016: | Oppositions due. |

| | | |
|---|---|---|
| 1 | June 10, 2016: | Replies due. |
| 2 | July 1, 2016 | Hearing on the parties' motions for summary judgment on Plaintiffs' Second Cause of Action and/or US Airways' motion for decertification (or as soon thereafter as the Court determines.) |

IT IS SO ORDERED.

Dated:  February 2, 2016

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE