1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

11
12
13
14
15
16
17
18
19
20

| | |
|---|---|
| JOSEPH TIMBANG ANGELES, NOE LASTIMOSA, on behalf of themselves and on behalf of others similarly situated, and the general public,<br><br>            Plaintiffs,<br><br>   v.<br><br>US AIRWAYS, INC., and DOES 1 through 50,<br><br>            Defendants. | Case No. 3:12-cv-05860 CRB<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEPOSITION AND BRIEFING DEADLINES**<br><br>Judge: Hon. Charles R. Breyer |

21
22
23
24
25
26
27
28

Pursuant to the parties' Joint Stipulation to Continue Deposition and Briefing Deadlines (dkt. 100), and because this Court finds good cause exists based on said Stipulation, the Court hereby orders as follows:

1. The deadlines set forth in the Court's February 2, 2016, order, granting the Parties' previous joint stipulation regarding the extension of deadlines (dkt. 98), are revised as follows:

| | |
|---|---|
| July 1, 2016: | Deadline to complete depositions. |
| September 9, 2016: | Deadline to file motion for decertification of class and for summary judgment. |
| September 23, 2016: | Oppositions due. |
| September 30, 2016: | Replies due. |
| October 14, 2016 | Hearing on the parties' motions for summary judgment on Plaintiffs' Second Cause of Action and/or US Airways' motion for decertification (or as soon thereafter as the Court determines.) |

**IT IS SO ORDERED.**

Dated: April 18, 2016

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE