1 | ROBERT SIEGEL (S.B. #64604)
rsiegel@omm.com
2 | O'MELVENY & MYERS LLP
400 South Hope Street
3 | Los Angeles, California 90071-2899
Telephone:	(213) 430-6000
4 | Facsimile:	(213) 430-6407

5 | ADAM P. KOHSWEENEY (S.B. #229983)
akohsweeney@omm.com
6 | SUSANNAH K. HOWARD (S.B. #291326)
showard@omm.com
7 | O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
8 | San Francisco, California 94111-3823
Telephone:	(415) 984-8912
9 | Facsimile:	(415) 984-8701

10 | Attorneys for Defendant
US Airways, Inc.

*Additional counsel listed on the following page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH TIMBANG ANGELES, NOE LASTIMOSA, on behalf of themselves and on behalf of others similarly situated, and the general public,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>US AIRWAYS, INC., and DOES 1 through 50,<br><br>　　　　　　　Defendants. | Case No. 3:12-cv-05860 CRB<br><br>**JOINT STIPULATION TO CONTINUE DEPOSITION AND BRIEFING DEADLINES**<br><br>Judge: Hon. Charles Breyer |

1  Arlo García Uriarte, SBN 231764
   Un Kei Wu, SBN 270058
2  Ernesto Sanchez, SBN 278006
   Brent A. Robinson, SBN 289373
3  LIBERATION LAW GROUP, P.C.
   2760 Mission Street
4  San Francisco, CA 94110
   Telephone: (415) 695-1000
5  Facsimile: (415) 695-1006

6  Attorneys for Plaintiffs
   Joseph Timbang Angeles and Noe Lastimosa
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -   JOINT STIPULATION TO CONTINUE
DEPOSITION AND BRIEFING DEADLINES
3:12-CV-05860 CRB

1  Plaintiffs Joseph Timbang Angeles and Noe Lastimosa ("Plaintiffs") and Defendant US
2  Airways, Inc. ("US Airways"), by and through their respective counsel, hereby stipulate as
3  follows:
4  **WHEREAS**, on April 18, 2016, the Court revised the following deadlines pursuant to
5  joint stipulation by the Parties to this action as follows:

| | |
|---|---|
| **July 1, 2016:** | Deadline to complete depositions. |
| **September 9, 2016:** | Deadline to file motion for decertification of class and for summary judgment |
| **September 23, 2016:** | Oppositions due. |
| **September 30, 2016:** | Replies due. |
| **October 14, 2016:** | Hearing on the parties' motions for summary judgment on Plaintiffs' Second Cause of Action and/or US Airways' motion for decertification (or as soon thereafter as the Court determines). |

**NOW, THEREFORE,** the parties hereby file this Joint Stipulation, requesting that the above-listed deadlines be modified as follows:

| | |
|---|---|
| **August 1, 2016:** | Deadline to complete depositions. |
| **October 7, 2016:** | Deadline to file motion for decertification of class and for summary judgment. |
| **October 21, 2016:** | Oppositions due. |
| **October 28, 2016:** | Replies due. |
| **November 11, 2016:** | Hearing on the parties' motion for summary judgment on Plaintiffs' Second Cause of Action and/or US Airways' motion for decertification (or as soon thereafter as the Court determines). |

1 | Dated:  June 30, 2016

2 | ROBERT SIEGEL
  | ADAM P. KOHSWEENEY
3 | SUSANNAH K. HOWARD
  | O'MELVENY & MYERS LLP
4 |
5 |
  | By:   /s/ Susannah K. Howard
6 |          Susannah K. Howard
  | Attorneys for Defendant
7 | US Airways, Inc.

8 | Dated:  June 30, 2016

9 | LIBERATION LAW GROUP, P.C.
  | ARLO GARCIA URIARTE
10 | BRENT ROBINSON

11 | By:   /s/ Arlo Garcia Uriarte
   |          Arlo Garcia Uriarte
12 | Attorneys for Plaintiffs Joseph Timbang
   | Angeles and Noe Lastimosa
13

**ATTESTATION OF FILING**

Pursuant to Local Civil Rule 5-1(i)(3), I, Susannah K. Howard, hereby attest that concurrence in the filing of this Stipulation has been obtained from each of the other signatories listed above.

Dated:  June 30, 2016

ROBERT SIEGEL
ADAM P. KOHSWEENEY
SUSANNAH K. HOWARD
O'MELVENY & MYERS LLP

By:  /s/ Susannah K. Howard
           Susannah K. Howard
Attorneys for Defendant
US Airways, Inc.