1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH TIMBANG ANGELES, NOE LASTIMOSA, on behalf of themselves and on behalf of others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>US AIRWAYS, INC., and DOES 1 through 50,<br><br>Defendants. | Case No. 3:12-cv-05860 CRB<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEPOSITION AND BRIEFING DEADLINES**<br><br>Judge: Hon. Charles Breyer |

Pursuant to the parties' Joint Stipulation to Continue Deposition and Briefing Deadlines, and because this Court finds good cause exists based on said Stipulation, the Court hereby orders as follows:

The deadlines set forth in the Court's April 18, 2016 order, granting the Parties' previous joint stipulation regarding the extension of deadlines, (dkt. 101), are revised as follows:

| Date | Deadline |
|---|---|
| **August 1, 2016:** | Deadline to complete depositions. |
| **October 7, 2016:** | Deadline to file motion for decertification of class and for summary judgment. |
| **October 21, 2016:** | Oppositions due. |
| **October 28, 2016:** | Replies due. |
| **November 18, 2016:** | Hearing on the parties' motion for summary judgment on Plaintiffs' Second Cause of Action and/or US Airways' motion for decertification (or as soon thereafter as the Court determines). |

**IT IS SO ORDERED.**

Dated: July 19, 2016

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE