1   ROBERT SIEGEL (S.B. #64604)
    rsiegel@omm.com
2   O'MELVENY & MYERS LLP
    400 South Hope Street
3   Los Angeles, California 90071-2899
    Telephone:     (213) 430-6000
4   Facsimile:     (213) 430-6407

5   ADAM P. KOHSWEENEY (S.B. #229983)
    akohsweeney@omm.com
6   SUSANNAH K. HOWARD (S.B. #291326)
    showard@omm.com
7   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
8   San Francisco, California 94111-3823
    Telephone:   (415) 984-8912
9   Facsimile:     (415) 984-8701

10  Attorneys for Defendant
    US Airways, Inc.
11
    *Additional counsel listed on the following page
12
                    **UNITED STATES DISTRICT COURT**
13
                  **NORTHERN DISTRICT OF CALIFORNIA**
14

15
    JOSEPH TIMBANG ANGELES, NOE         | Case No. 3:12-cv-05860 CRB
16  LASTIMOSA, on behalf of themselves and on
    behalf of others similarly situated, and the | **JOINT STIPULATION TO CONTINUE
17  general public,                              |  DEPOSITION DEADLINE**

18              Plaintiffs,               | Judge: Hon. Charles Breyer

19          v.

20  US AIRWAYS, INC., and DOES 1 through 50,

21              Defendants.

22

23

24

25

26

27

28

1

Arlo García Uriarte, SBN 231764
Un Kei Wu, SBN 270058

2

Ernesto Sanchez, SBN 278006
Brent A. Robinson, SBN 289373

3

LIBERATION LAW GROUP, P.C.
2760 Mission Street

4

San Francisco, CA 94110
Telephone: (415) 695-1000

5

Facsimile: (415) 695-1006

6

Attorneys for Plaintiffs
Joseph Timbang Angeles and Noe Lastimosa

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE
DEPOSITION  DEADLINE
3:12-CV-05860 CRB

1    Plaintiffs Joseph Timbang Angeles and Noe Lastimosa ("Plaintiffs") and Defendant US

2    Airways, Inc. ("US Airways"), by and through their respective counsel, hereby stipulate as

3    follows:

4    **WHEREAS**, on July 20, 2016, the Court revised the following deadlines pursuant to joint

5    stipulation by the Parties to this action as follows:

6    **August 1, 2016:**          Deadline to complete depositions.

7    **October 7, 2016:**         Deadline to file motion for decertification of class and for
8                                 summary judgment.

9    **October 21, 2016:**        Oppositions due.

10   **October 28, 2016:**        Replies due.

11   **November 18, 2016:**       Hearing on the parties' motion for summary judgment on
12                                Plaintiffs' Second Cause of Action and/or US Airways'
                                  motion for decertification.
13

14   **WHEREAS**, on July 19, 2016, US Airways served class member, Alvin Santillan with a

15   subpoena to testify at a deposition, setting the deposition date as July 28, 2016.

16   **WHEREAS**, Mr. Santillan communicated to Plaintiffs' counsel that he would be out of

17   town on July 28, 2016, but that he would be available to be deposed in August.

18   **WHEREAS**, counsel for US Airways agreed to reschedule Mr. Santillan's deposition for

19   a date in August.

20   **WHEREAS**, counsel for Plaintiffs has reached out to Mr. Santillan and is awaiting

21   confirmation of dates in August when he will be available.

22

23   **NOW, THEREFORE,** the parties hereby file this Joint Stipulation, requesting that the

24   deadline to complete depositions be modified from August 1, 2016 to August 31, 2016, for the

25   sole purpose of accommodating the deposition of Mr. Santillan.  All of the other above-listed

26   deadlines shall remain the same.

27

28

JOINT STIPULATION TO CONTINUE
DEPOSITION  DEADLINE
3:12-CV-05860 CRB

1        Dated:  August 1, 2016

2                                       ROBERT SIEGEL
                                        ADAM P. KOHSWEENEY

3                                       SUSANNAH K. HOWARD
                                      O'MELVENY & MYERS LLP

4

5

6                                 By:     /s/ Susannah K. Howard
                                                Susannah K. Howard

7                                 Attorneys for Defendant
                                US Airways, Inc.

8        Dated:  August 1, 2016

9                                       LIBERATION LAW GROUP, P.C.
                                      ARLO GARCIA URIARTE

10                                       BRENT ROBINSON

11                                 By:     /s/ Arlo Garcia Uriarte

12                                                 Arlo Garcia Uriarte
                                Attorneys for Plaintiffs Joseph Timbang
                                Angeles and Noe Lastimosa

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE
DEPOSITION  DEADLINE
3:12-CV-05860 CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF FILING**

      Pursuant to Local Civil Rule 5-1(i)(3), I, Susannah K. Howard, hereby attest that concurrence in the filing of this Stipulation has been obtained from each of the other signatories listed above.

      Dated:  August 1, 2016                 ROBERT SIEGEL
                                           ADAM P. KOHSWEENEY
                                           SUSANNAH K. HOWARD
                                           O'MELVENY & MYERS LLP

                                         By:  /s/ Susannah K. Howard
                                                       Susannah K. Howard
                                         Attorneys for Defendant
                                         US Airways, Inc.