# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Joseph Timbang Angeles, Noe Lastimosa, on behalf of themselves, and on behalf of others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>US Airways, Inc., and DOES 1 through 50,<br><br>Defendants. | Case No. 3:12-cv-05860 CRB<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Judge: Hon. Charles R. Breyer |

1 | Pursuant to the Parties' Notice of Partial Settlement (Docket No.157), Plaintiffs' Joseph Timbang Angeles and Noe Lastimosa's Second Cause of Action in the Third Amended Complaint (Docket No.52), as well as Plaintiffs' Third, Fourth, Fifth, Sixth, and Seventh Causes of Action to the extent they were predicated on the Second Cause of Action, are dismissed with prejudice.

For the reasons stated in this Court's Order Granting Summary Judgment (Docket No.144), FINAL JUDGMENT IS HEREBY ENTERED in favor of US Airways, Inc. and against Plaintiffs' Joseph Timbang Angeles and Noe Lastimosa and the certified class on all remaining causes of action.

The Clerk SHALL CLOSE THE FILE.

**IT IS SO ORDERED**.

Dated: May 17, 2018          By: _____
                                  CHARLES BREYER
                                  UNITED STATES DISTRICT JUDGE